# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Tue Jun 5 04:07:11 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ] **Record 2 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | SHARAGANO |
| Goods and Services | IC 025. US 022 039. G & S: Men's, Women's and Children's Clothing, namely sweatshirts, shirts, jeans, jackets, coats, sweatpants, slacks, suits, hats, headbands, visors, caps, dresses, shoes, sneakers, boots, wristbands, socks, t-shirts, belts, scarves, undergarments, lingerie, neckties, dress shirts, collared shirts, rugby shirts, knit shirts, shorts and sandals. FIRST USE: 19931130. FIRST USE IN COMMERCE: 19931130 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Design Search Code | |
| Serial Number | 76465394 |
| Filing Date | October 31, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 25, 2003 |
| Registration Number | 2727098 |
| Registration Date | June 17, 2003 |
| Owner | (REGISTRANT) SA-AL UNIVERSAL, LLC LTD LIAB CO NEW YORK 247 West 37th Street New York NEW YORK 10018 |
| | (LAST LISTED OWNER) SHARAGANO HOLDINGS LLC LTD LIAB CO NEW YORK 530 7TH AVENUE NEW YORK NEW YORK 10018 |
| Assignment Recorded | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Louis S. Ederer |
| **Prior Registrations** | 2192194;2459237 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY