# EXHIBIT C

**JMB Apparel Designer Group Inc.**
**214 West 39th Street**
**New York, New York 10018**
**212-764-8410**

February ___8___, 2006

**VIA FEDERAL EXPRESS**
**NEXT BUSINESS DAY DELIVERY**

PJDYH, LLC
433 S. Spring Street, 8th Floor
Los Angeles, CA 90013
Attention: Henri Levy, Managing Member

**VIA FEDERAL EXPRESS**
**NEXT BUSINESS DAY DELIVERY**

Adam S. Rossman, Esq.
1888 Century Park East, Suite 1500
Los Angeles, California 90067-1706

**Re:    NOTICE OF LICENSEE'S ELECTION TO TERMINATE**
**TRADEMARK LICENSE AGREEMENT**
**PURSUANT TO SECTION 6.1(u), AS AMENDED**

Gentlemen:

Reference is made to that certain Trademark License Agreement between PJDYH, LLC, as successor in interest to Sa-al Universal LLC, Licensor, and JMB Apparel Designer Group, Inc., Licensee, dated as of April 1, 2004, as amended by First Amendment to Trademark License Agreement, dated as of May 2, 2005, regarding the trademark "Sharagano" (collectively, the "License Agreement").

Due to Licensor's persistent and continuing failures to honor and/or fulfill Licensor's obligations under the License Agreement, constituting a material breach of the License Agreement by Licensor; Licensor's repeated and continuing failures to market, sell and advertise the Sharagano trademark in appropriate and required venues sufficient to provide support to Licensee's efforts under the License Agreement; as well as Licensor's repeated and continuing failures to preserve, protect and enhance the value and reputation of the Sharagano trademark, all of which has adversely and materially impacted and severely damaged and undermined Licensee's ability to create and book sales of Licensed Products (as defined in the License Agreement), within the expectations contemplated at the time of execution of the License Agreement, and which conduct of Licensor has proximately resulted in severe adverse financial consequences and damages to Licensee's

NOTICE OF ELECTION TO TERMINATE LICENSE
PURSUANT TO SECTION 6.1(u)
February _8_ , 2006
Page 2.

business and reputation, for which damages Licensee shall hold Licensor fully and directly responsible,

LICENSEE HEREBY PROVIDES YOU NOTICE, pursuant to amended Section 6.1(u) of the License Agreement, of Licensee's INTENTIION OF AND ELECTION TO TERMINATE the License Agreement, effective as of the date that is six (6) months from the date that this notice is deemed effective under the License Agreement, or such earlier and sooner date of effectiveness that may be deemed to be appropriate under the law as a result of Licensor's persistent and continuing material breaches of the License Agreement.

The foregoing notice is delivered with full reservation of Licensee's rights and without prejudice to any other rights that Licensee may have in law, equity or under contract to seek redress of Licensee's rights against Licensor, and to recover appropriate damages and or other compensation.

All rights reserved and preserved.

Sincerely,

JMB Apparel Designer Group, Inc.

By: _____
        Ben Choy
        President

BC:ns

cc:    Joseph A. Vogel, Esq.
       Kravet & Vogel, LLP

# EXHIBIT D



# EXHIBIT E

**Web**   Images   Video   News   Maps   Gmail   more ▾                                    Sign in

Google

    | "sharagano atelier"                          |    | Search |    Advanced Search
                                                                       Preferences

**Web**                              Results **1 - 10** of about 346 for **"sharagano atelier"**. (**0.41** seconds)

Buy **Sharagano** Atelier                            Sponsored Link          Sponsored Links
www.become.com    Shop Our Wide Selection Of **Sharagano** Atelier
Today!                                                             **Sharagano** Atelier
                                                                  Shop for Clothing
Buying into the Dress Code - Without Breaking the Bank |          Compare & Buy from 1000's of Stores
Second ...                                                        www.Shopping.com/Clothing

They have rotating sales on skirt and pant suits from esteemed    **Sharagano** Sale
designers such as Tahari by Arthur S. Levine and **Sharagano Atelier**,   40%-60% Clothing Deals.
for a fraction of the ...                                         **Sharagano** (in stock).
www.secondcitystyle.com/node/327 - 20k - Cached - Similar pages   www.zinfinitemarket.com

eBay: NWOT $200 **Sharagano ATELIER** skirt & jacket suit         **sharagano**
sz 2 (item ...                                                    Directory Of Designer Clothes.
                                                                  Find Designer Clothes Quickly.
Find NWOT $200 **Sharagano ATELIER** skirt & jacket suit in the   DesignerClothes.ThinkFashion.com
Clothing, Shoes Accessories , Women's Clothing , Suits category on
eBay.                                                             **Sharagano** Atelier
cgi.ebay.com/NWOT-200-**Sharagano-ATELIER**-skirt-jacket-suit-sz-  Buy Pantsuits.
2_W0QQitemZ270134728103QQcmdZViewItem - 72k - Jun 20, 2007 -      Compare Prices and Save.
Cached - Similar pages                                            PriceGrabber.com

    eBay: 100%Authentic **SHARAGANO ATELIER**
    Women Skirt SUIT sz 6 (item ...

    Find 100%Authentic **SHARAGANO ATELIER** Women Skirt SUIT
    sz 6 in the Clothing, Shoes Accessories , Women's Clothing ,
    Suits category on eBay.
    cgi.ebay.com/100-Authentic-**SHARAGANO-ATELIER**-Women-
    Skirt-SUIT-sz-6_W0QQitemZ150132868215QQcmdZViewItem -
    84k - Supplemental Result - Cached - Similar pages

Buzzillions.com - Real reviews for Womens **Sharagano Atelier** 2pc ...

Find more Full Men's Suits reviews at Buzzillions.com, where every product has a review.
www.buzzillions.com/r-58969-womens-sharagano-atelier-2pc-whipstitched-pantsuit-
reviews/ - 35k - Supplemental Result - Cached - Similar pages

    Buzzillions.com - Real reviews for Sharagano Womens Atelier Notch ...

    **Sharagano Atelier** Notch Collar Black Pantsuit. View larger. Image provided by
    SmartBargains.com. Average Customer Rating: (based on 1 review) ...
    www.buzzillions.com/r-65877-sharagano-womens-atelier-notch-collar-black-pantsuit-
    reviews/ - 33k - Supplemental Result - Cached - Similar pages
    [ More results from www.buzzillions.com ]

**Sharagano Atelier** 2-Piece Black Twill Skirt Suit : SmartBargains.com

This **Sharagano Atelier** black twill suit has tailored lines with a splashy red lining that'll
surprise you. Yours for ...
www.smartbargains.com/products/1058327975.jsp - 57k - Supplemental Result -
Cached - Similar pages

Overstock Auctions Designer **Sharagano Atelier** Cargo jean Capri ...

Designer **Sharagano Atelier** Cargo jean Capri pants 26. The description for this item has been removed since the item closed more than 6 months ago. **...**
auctions.overstock.com/cgi-bin/auctions.cgi?PAGE=PRODDET&PRODUCTID=24213165 - 19k - Supplemental Result - Cached - Similar pages

SHOP.COM **Sharagano Atelier** 2pc Brown Plaid Pantsuit Ratings & Reviews
**Sharagano Atelier** 2pc Brown Plaid Pantsuit. Product Reviews. **Sharagano Atelier** 2pc Brown **...** Customer Reviews for **Sharagano Atelier** 2pc Brown Plaid Pantsuit **...**
reviews-cdn.shop.com/8747/23970506/reviews.htm - 7k - Supplemental Result - Cached - Similar pages

Best Price on **Sharagano Atelier** Grey Pinstriped Skirt Suit $59.97 **...**
**Sharagano Atelier** Grey Pinstriped Skirt Suit $59.97 at - Buy, coupon, Rebate, sale.
www.knockster.com/discuss.php?id=204392&f=1 - 22k - Supplemental Result - Cached - Similar pages

**Sharagano Atelier** Black Twill Pantsuit
**Sharagano Atelier** Career Black Stretch Gaucho Pant.
www.giadadai.com/Women-s-Apparel-Bargains/index1633.html - 37k - Supplemental Result - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10     **Next**

Try Google Desktop: search your computer as easily as you search the web.

"sharagano atelier"     Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Video   News   Maps   Gmail   more ▾                              Sign in

Google

| "sharagano atelier" | | Search | Advanced Search |
|---|---|---|---|

Preferences

**Web**                                    Results **11 - 20** of about **345** for **"sharagano atelier"**. (**0.30** seconds)

**Sharagano Atelier** 2pc Brown Plaid Pantsuit :
SmartBargains.com
A classic plaid design in a warm brown hue make this two piece pantsuit a
stylish choice for the professional ...
www.smartbargains.com/products/1058327977.jsp - 57k - Supplemental
Result - Cached - Similar pages

$50.01 off **Sharagano Atelier** Grey Pinstriped Skirt Suit Old
Price ...
$50.01 off **Sharagano Atelier** Grey Pinstriped Skirt Suit Old Price:
$109.98 Now Only: $59.97. Submitted by ra on Mon, 02/26/2007 -
11:02pm. ...
www.dealslut.com/node/11550 - 9k - Supplemental Result -
Cached - Similar pages

Sharagano: Apparel & Accessories > Women's > Suits &
Blazers ...
**Sharagano Atelier** makes a regular business suit a touch more feminine
with ... This **Sharagano Atelier** black twill suit has tailored lines with a
splashy red ...
www.qdeals.com/Grid.asp?CID=291&Brand=Sharagano - 60k -
Supplemental Result - Cached - Similar pages

    Smart Bargains > Apparel & Accessories > Women's > Suits & Blazers ...
    This **Sharagano Atelier** ensemble gets fashionable with a six-pocket blazer and stylish
    straight cut. Read more. Available from. Smart Bargains. $139.99 ...
    www.qdeals.com/Grid.asp?MID=40&CID=291&CatalogPage=8 - 70k - Supplemental Result
    - Cached - Similar pages
    [ More results from www.qdeals.com ]

Irgactone1978's Wish List at Kaboodle
**Sharagano Atelier** 2-Piece Grey Plaid Skirt Suit ... Shipping & Returns | **Sharagano
Atelier** makes a regular business suit a touch more feminine with a swingy ...
www.kaboodle.com/Irgactone1978/Irgactone1978s-wish-list.html - 275k -
Cached - Similar pages

Search for: **Sharagano Atelier** Charcoal Grey Tweed Skirt Suit ...
somawireless | somagaming, images | video. Thursday, May 31, 2007, Home.
somafashion.tv, somahealth.tv, somabeauty.tv, somasoul.tv ...
somabeauty.tv/beauty/search/?
somasearch=Sharagano+Atelier+Charcoal+Grey+Tweed+Skirt+Suit - 178k - Supplemental
Result - Cached - Similar pages

Search for: Atelier Twill Skirt Suit with Belt - where to buy and ...
Semi circles crop up here and there on this stylish yet businesslike **Sharagano Atelier** grey
tweed suit. Get it here, for less![Detail..] Price: $109.98 [. ...
www.somamodel.tv/model/search/?somasearch=Atelier+Twill+Skirt+Suit+with+Belt - 177k -
Supplemental Result - Cached - Similar pages

Sponsored Links

Buy **Sharagano** Atelier
Shop Our Wide Selection Of
**Sharagano** Atelier Today!
www.become.com

**Sharagano** Atelier
Shop, Compare & Save - Clothing
Store Ratings. Consumer Reviews.
www.Shopping.com/Clothing

**sharagano**
Directory Of Designer Clothes.
Find Designer Clothes Quickly.
DesignerClothes.ThinkFashion.com

**Sharagano** Atelier
Buy Pantsuits.
Compare Prices and Save.
PriceGrabber.com

Search for: Nike Women's Adventure Skirt - where to buy and ...
See more like **Sharagano Atelier** Charcoal Grey Tweed Skirt Suit. TYR Women's Solid
Running Skirt. TYR Women's Solid Running Skirt **...**
www.somamodel.tv/model/search/?somasearch=Nike+Women's+Adventure+Skirt - 176k -
Supplemental Result - Cached - Similar pages

## KNOCKSTER -Best Deals,Coupons,Freebies,Blogs & Reviews
**Sharagano Atelier** Career Black Stretch Gaucho Pant $16.97. At SmartBargains.com
posted by knockster Dec/28/2006. **Sharagano Atelier** Career Black Stretch **...**
www.knockster.com/December_28_2006.html - 242k - Supplemental Result -
Cached - Similar pages

## Women's $99.99 Designer Suit Sale @Smartbargains.com [Archive ...
**Sharagano Atelier** Black Twill Pantsuit List Price: $380.00 Now Only: $99.99 **... Sharagano
Atelier** Grey Pinstriped Skirt Suit List Price: $340.00 **...**
forums.slickdeals.net/archive/index.php/t-362547.html - 5k - Supplemental Result -
Cached - Similar pages

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

"sharagano atelier"        Search

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Video    News    Maps    Gmail    more ▾                    Sign in

## Google

| "sharagano atelier" | Search | Advanced Search<br>Preferences |

---

**Web**                                    Results **21 - 30** of about **345** for **"sharagano atelier"**. (**0.26** seconds)

**CCMP Discussion Form / Initial Posting of ROMS model**
http://arnold-sch-nberg.wig4ht.be/ arnold schÃ¶nberg http://**sharagano-
atelier**-blazer-crop-pants.emiraph.be/ **sharagano atelier** blazer crop
pants ...
208.255.155.35/FORUMS/viewtopic.php?pid=2799 - 73k -
Supplemental Result - Cached - Similar pages

**Search for: skirt - where to buy and related articles**
See more like **Sharagano Atelier** Charcoal Grey Tweed Skirt Suit.
Credibility by Sheri Drobni Herringbone Skirt. Credibility by Sheri Drobni
Herringbone Skirt ...
somabeauty.tv/beauty/search/?SomaSearch=skirt&page=15 - 152k -
Supplemental Result - Cached - Similar pages

**Women's Skirt & Dress Suits - PriceGrabber.com**
**Sharagano Atelier** 2-Piece Black Twill Skirt Suit · **Sharagano Atelier**
2-Piece Black Twill Skirt Suit. Sharagano. $109.98 Plus tax &
shipping ...
www.pricegrabber.com/search_attrib.php/page_id=867/sortby=popular-
/start=24 - Similar pages

   **Women's Skirt & Dress Suits - PriceGrabber.com**
   **Sharagano Atelier** Grey Pinstriped Skirt Suit · **Sharagano
   Atelier** Grey Pinstriped Skirt Suit. Sharagano. $109.98 Plus tax &
   shipping ...
   www.pricegrabber.com/search_attrib.php/
   page_id=867/sortby=popular-/start=96 - Similar pages

**merchant:Smartbargains.com:**
**Sharagano Atelier** 2 Piece Black Twill Skirt Suit, **Sharagano Atelier** 2 ... This **Sharagano
Atelier** black twill suit has tailored lines with a splashy red ...
247steals.com/merchant/Smartbargains.com/10.html - 73k - Supplemental Result -
Cached - Similar pages

**Online Reviews: Womens Suits**
**Sharagano Atelier** 2pc Suit **Sharagano Atelier** 2pc AUSTIN REED TUXEDO JACKET
AUSTIN REED TUXEDO 3-Piece Embroidered Suit 3-Piece Embroidered Suit ...
www.shop-for-everything.com/Womens-Suits/Womens-Suits-5.htm - 7k - Supplemental
Result - Cached - Similar pages

**eBay Store - TheFirstEdition: Women's Jackets Suits 10 - 12: NWT ...**
NWT $380 **Sharagano Atelier** Gorgeous Pants Suit sz 10. This seller accepts PayPal; US
$64.99 US $79.99 Buy It Now; Time Left: 3d 23h 22m ...
stores.ebay.com/TheFirstEdition_Womens-Jackets-Suits-10-12_W0QQfsubZ9QQfrsrcZ1 -
59k - Cached - Similar pages

   **eBay Store - TheFirstEdition: Women's Jackets Suits 10 - 12:**
   NWT $380 **Sharagano Atelier** Gorgeous Pants Suit sz 10. This seller accepts PayPal; US
   $64.99 US $79.99 Buy It Now; Time Left: 10h 41m ...
   stores.ebay.com/TheFirstEdition_Womens-Jackets-Suits-10-12_

Sponsored Links

**Sharagano Atelier**
Save Money. Find All That You Need
Save on **Sharagano** Atelier!
www.become.com

**Sharagano** Atelier
Shop for Clothing
Compare & Buy from 1000's of Stores
www.Shopping.com/Clothing

**sharagano**
Directory Of Designer Clothes.
Find Designer Clothes Quickly.
DesignerClothes.ThinkFashion.com

**Sharagano** Atelier
Buy Pantsuits.
Compare Prices and Save.
PriceGrabber.com

W0QQcolZ4QQdirZ1QQfsubZ9QQftidZ2QQtZkm - 62k - Cached - Similar pages

### อำเภอศรีเชียงใหม่
... tribunale milano as jumbo known trumpeter as jumbo known trumpeter atelier **sharagano atelier** sharagano atti degli apostolo atti degli apostolo ...
srichiangmai.com/index.php?option=com_akobook&Itemid=70&startpage=82 - 178k -
Cached - Similar pages

### eBay Express: 10 Pant Suits, Skirt Suits, and Dress Suits items on ...
NWT $380 **Sharagano Atelier** Gorgeous Pants Suit sz 10. NWT $380 **Sharagano Atelier**
Gorgeous Pants Suit sz 10. $79.99. | Shipping: $12.00 ...
search.express.ebay.com/Apparel-Accessories_Womens-Clothing_Womens-
Suits_W0QQSize275421Z1061fQQLHQ5fPrice... - 53k - Supplemental Result -
Cached - Similar pages

**Previous** 1 2 **3** 4 5 6 7 8 9 10 11 12    **Next**

---

    "sharagano atelier"        Search

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT F

# QDeals.com
## Enabling Smart Shopping

Review A Store or A Product, You Could
**Win $50 Target Gift Card**

| Apparel | Shoes | Computers | Electronics | Home & Kitchen | Toys & Games | Health & Beauty | Flowers & Gifts | Inter |

Search [                    ] go

® Coupons

**BROWSE BY CATEGORY**

Main  >  Apparel & Accessories  >  Women's  >  Suits & Blazers

Narrowed By Brand > Sharagano ✕

**Sharagano: Apparel & Accessories > Women's > Suits & Blazers >**

**Types**

Blazers

Dress Suits

Pant Suits

Skirt Suits

Suit Separates

**Brands**

Tahari

SmartBargains.com

BCBG Max Azria

Anne Klein

Sharagano

Walter

Larry Levine

Famous New York Maker

Kasper

Albert Nipon

La Rok

Nipon Boutique

Elie Tahari

Fash-ion-is-ta

John Meyer of Norwich

Vince

Jones New York

Michael Kors

Robert Rodriguez

Susana Monaco

**Stores**

Smart Bargains

21 products found

▦ Show Grid View



**Sharagano Atelier 2pc Pantsuit with Cutaway Blazer**
By Sharagano

Rarely found for less outside the department stores, this fabulous and now a fraction of the price! Read more



**Sharagano Atelier 2-Piece Black Twill Skirt Suit**
By Sharagano

This Sharagano Atelier black twill suit has tailored lines with a splashy surprise you. Yours for less! Read more



**Atelier Taupe 3-Button Shadow Striped Pantsuit**
By Sharagano

From the notched collar to the shadow-striped twill, this Atelier pantsuit seaming is guaranteed to please. Read more



**Sharagano Atelier Charcoal Grey Pantsuit**
By Sharagano

This charcoal grey pantsuit features classic pinstripes and decorative s and stylish look. Read more



**Atelier Black Two Button Skirt Suit**
By Sharagano

Black two-button skirt suit from Atelier, featuring a playful tulip hem and seaming. Read more

**Sharagano Atelier 2pc Whipstitched Pantsuit**
By Sharagano

Strategic whipstitching in key areas add an elegant look to the already this red-lined pantsuit. Read more

Case 1:07-cv-06244-NRB    Document 1-5    Filed 07/06/2007    Page 15 of 27



## Access Your PC from Anywhere™

## FREE TRIAL PLUS $10 OFF

CONTINUE
CLICK HERE

GoToMyPC®





### Sharagano Atelier 2-Piece Black Houndstooth Suit
By Sharagano

This stylish black mini houndstooth suit boasts decorative seaming and
tulip skirt. Read more



### Sharagano Atelier 2-Piece Grey Plaid Skirt Suit
By Sharagano

Sharagano Atelier makes a regular business suit a touch more feminin
cut skirt. Yours for less! Read more



### Atelier Lurex Tweed Swing-Cut Skirt Suit
By Sharagano

This conservative yet eye-catching skirt suit features traditional tweed
Lurex for subtle shimmer. Read more



### Atelier Grey Tweed Shimmer Pantsuit
By Sharagano

This stylish pantsuit from Atelier combines a formal grey block pattern,
orange lurex shimmer. Read more



### Sharagano Atelier Black Twill Pantsuit
By Sharagano

Match your professional potential with this classy pantsuit, featuring a
a double-tiered peplum. Read more



### Sharagano Atelier Black Six Pocket Skirt Suit
By Sharagano

This Sharagano Atelier ensemble gets fashionable with a six-pocket bl
straight cut. Read more



### Sharagano Atelier 2pc Black Crepe Skirt Suit
By Sharagano

This black crepe skirt suit with a charming flared tulip skirt offers classy
style. Read more

### Sharagano Atelier 2pc Charcoal Grey Suit



By Sharagano

A sleek grey pantsuit featuring charcoal and burgundy stripes, for a cla
business life. Read more

---



**Sharagano Atelier Shimmer Tweed Pantsuit**
By Sharagano

With it's shawl-style collar, princess seams, and tweed construction, th
flirtatious and professional. Read more

---



**Atelier Black Two Button Pantsuit**
By Sharagano

Black two-piece pantsuit from Atelier, slightly stretchy, and featuring tw
front. Read more

---



**Sharagano Atelier Grey Pinstriped Skirt Suit**
By Sharagano

This classic pinstriped skirt suit has a stylish two-button blazer and a sl
pristine & professional look. Read more

---



**Atelier Lurex Tweed Peplum-Cut Skirt Suit**
By Sharagano

This charming women's tweed skirt suit features Lurex threads for subt
peplum blazer, and an A-line skirt. Read more

---



**Sharagano Atelier Charcoal Grey Tweed Skirt Suit**
By Sharagano

Semi circles crop up here and there on this stylish yet businesslike Sha
tweed suit. Get it here, for less! Read more

---



**Sharagano Atelier 2pc Brown Plaid Pantsuit**
By Sharagano

A classic plaid design in a warm brown hue make this two piece pantsu
the professional woman. Read more

---



**Sharagano Atelier Taupe Shadow Stripe Pantsuit**
By Sharagano

This pantsuit features wide, taupe-colored shadow stripes, triple-buttor
notched lapel. Read more

---

Page 1 of 1

Case 1:07-cv-06244-NRB    Document 1-5    Filed 07/06/2007    Page 17 of 27

# SHOP•COM™

All your favorite stores.
OneCart™ convenience.

Hi. **Please Sign In.** New Customer? **Start Here**

sign in  /  my account  /  🛒 OneCart™  /  he

🌐 my shop  /  🌐 apparel  /  🌐 beauty  /  🌐 home  /  🌐 gifts & registry  /  🌐 departments  /  🌐 stor

**I'm shopping for** [　　　　　　] **in** [All Departments ▾]

Shop to help make wishes come true today with the **Make-A-Wish Foundation®.** See details ›



**Sharagano Atelier 2pc Brown Plaid Pantsuit**
Item

⧉ View larger image
✉ Email this page to a friend

Enter ZIP code [　　　] to calculate shipping charges ( Display Cost )

| | | | | ( Price Promise ⧉ ) |
|---|---|---|---|---|
| **Store** | **Product Info From Store** | **Tax & Shipping** | **Price** | **Ready To Buy?** |

Compare Prices | Product Reviews

📢 HELP US IMPROVE
CLICK HERE TO SUBMIT FEEDBACK ›

Product information and prices are provided by merchants and/or third party sources. At SHOP•COM we do everything we can to ensure the accuracy of the product information or prices displayed, but occasionally, errors occur. Please notify

# kaboodle BETA

Home     Products     Lists     People     Groups     Fun Stuff     My Profile

SEARCH: [Items ▼] for [_____] [Go]

## Sharagano Atelier 2-Piece Grey Plaid Skirt Suit

Flag as Inappropriate



Add to my list

Send to friend

Compare prices

**Shop for it:** (added from 1 site)

➥ smartbargains.com

**Rate this:** ☆☆☆☆☆

**Added by**

0 Ratings:

☆ ☆ ☆ ☆ ☆

Added to 1 list
1 person is wishing for it
Add Comment

lrgactone1978
added to
lrgactone1978's
Wish List

**Description:**     Shipping & Returns | Sharagano Atelier makes a regular business suit a touch more feminine with a swingy, bias-cut skirt. Yours for less! Features * Medium weight charcoal grey plaid skirt suit with red lining * Shell = 64%...  See more »

**Highlights:**     List Price: $340.00 | Now Only: $99.99* | You Save: $240.01 (70%)

## Join the conversation:

[_____] HTML

[Submit]



Shop by Categories | Browse Stores | View Coupons

 

sale and closeout items only

[sharagano atelier] in [Women's Apparel and Shoes ▾]  [Sear]

**Home** > Search (6 matches)

View: **list** | table – Sort by: savings | sale price | list price | discount | best match – Order: **high to low** | low to hig

Ads by Google



### Sharagano Atelier Black Six Pocket Skirt Suit by Sharagano
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This **Sharagano Atelier** ensemble gets fashionable with a six-pocket blazer and stylish straight cut.

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano



### Sharagano Atelier 2-Piece Black Twill Skirt Suit by Sharagano
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This **Sharagano Atelier** black twill suit has tailored lines with a splashy red lining that'll surprise you. Yours for less!

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano



### Sharagano Atelier Black Twill Pantsuit by Sharagano
Your price: $109.98 Compare at: $380.00 You save: $270.02 (71% off)
Match your professional potential with this classy pantsuit, featuring a two-button closure and a double-tiered peplum.

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano



### Sharagano Atelier 2-Piece Black Houndstooth Suit by Sharagano
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This stylish black mini houndstooth suit boasts decorative seaming and charming flared hem tulip skirt.

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano

### Sharagano Atelier Charcoal Grey Pantsuit by Sharagano
Your price: $109.98 Compare at: $380.00 You save: $270.02 (71% off)
This charcoal grey pantsuit features classic pinstripes and decorative seaming for a sleek and stylish look.

**Dinnerware Replacements**
Replacements.com carries thousands of dinnerware patterns, old & new!
www.replacements.com

**Discount Spode China**
Check out our special deals Free Shipping on Spode china.
www.parisjeweler.com

**Buy Dinnerware Sets.**
American Atelier Dinnerware Compare Prices and Save.
PriceGrabber.com

**Match Italian Pewter**
Free Shipping - Italian pewter tableware and home accessories
www.manorhg.com

**Fiesta Fiestaware Dishes**
Free shipping.Internet Price Leader Compare prices anywhere. Buy here.
www.zestydishes.com



Learn more  |  Visit SmartBargains.com  |  View coupons

(11)  |  View all store items  |  More by Sharagano



**Sharagano Atelier** Grey Pinstriped Skirt Suit by **Sharagano**
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This classic pinstriped skirt suit has a stylish two-button blazer and a sleek pencil skirt for a pristine & professional look.

Learn more  |  Visit SmartBargains.com  |  View coupons

(11)  |  View all store items  |  More by Sharagano

Find **sharagano atelier** on eBay  |  Find **sharagano atelier** on Amazon

Home | Bookmark Us | Terms of Use | Privacy Policy | Contact Us | About Shorch

Copyright © 2004-2007 by Shorch, Inc. All Rights Reserved.

# EXHIBIT G

# WACHTEL & MASYR, LLP

110 EAST 59TH STREET

NEW YORK, NEW YORK 10022

———

TELEPHONE: (212) 909-9500

FACSIMILE: (212) 371-0320

NEW JERSEY OFFICE

425 EAGLE ROCK AVENUE
P.O. BOX 59
ROSELAND, N.J. 07068
TELEPHONE: (973) 226-6000
FACSIMILE: (973) 403-9444

———

LONG ISLAND OFFICE

500 OLD COUNTRY ROAD, SUITE 314
GARDEN CITY, N. Y. 11530
TELEPHONE: (516) 739-5590
FACSIMILE: (516) 739-3235

———

EUROPEAN OFFICE

VIA G. LA PIRA, 21
FLORENCE, ITALY 50121
TELEPHONE: (055) 284147
FACSIMILE: (055) 268594

MICHAEL S. HASSAN

OF COUNSEL

DIRECT DIAL: (212) 909-9501
DIRECT FAX: (212) 909-9421
hassan@wmllp.com.

VIA CERTIFIED MAIL
VIS FEDERAL EXPRESS

June 5, 2007

Mr. Ben Choy
JMB Apparel Designer Group, Inc.
214 West 39th Street
New York, New York 10018

Joseph A. Vogel, Esq.
Kravet & Vogel, LLP
36 West 44th Street, Suite 900
New York, New York 10036

Re: Infringement of the SHARAGANO Trademark

Dear Mr. Choy:

Our firm represents Sharagano Holdings, LLC, the successor in interest to PJDYH, LLC with respect to all right, title and interest in and to the SHARAGANO Trademark as of August 31st 2006, and the owner of the U.S. registration for the Sharagano Trademark Number 2727098.

It has come to our attention that your company is currently selling and distributing certain products bearing the Sharagano Trademark to such retailers as Nordstroms, in violation of our client's rights.

As you are well aware, all rights of your company to utilize the trademarks pursuant to its license agreement with our client's predecessor terminated on August 7th 2006. Any advertising, manufacture, sales or distribution of products bearing the SHARAGANO Trademark by your company after said date not only infringes our client's marks, but also constitutes unfair competition under both federal and state law.

Letter to JMB Apparel Designer Group, Inc.
Page 2
June 5, 2007

On behalf of Sharagano Holdings LLC, we hereby demand that JMB Apparel Designer Group, Inc. immediately and unconditionally cease and desist from advertising, marketing, manufacturing, offering to sell and selling and distributing products under the SHARAGANO Trademark.

We also demand a full and complete accounting of all sales and inventory of products marketed or sold under or bearing the SHARAGANO trademark from August 8, 2006 so that we may adequately determine the damages suffered by our client as a result the infringement by JMB.

Unless we receive your reply to this letter by the close of business June 12, 2007 agreeing to comply with the terms of this letter, our client has instructed us to pursue its legal options. Indeed, in view of your knowledge that your company's rights to utilize the SHARAGANO Trademark terminated and your continued use of the Trademark in violation of our client's rights, the infringement by your company is clearly willful. As a result, if litigation becomes necessary, Sharagano Holdings, LLC will aggressively pursue not only injunctive relief, but its attorney's fees and your profits. In addition, it will seek treble damages in view of the willful nature of your infringement of the SHARAGO Trademarks.

This letter is being sent without prejudice to all rights that our client may have against your company, all of which are hereby reserved.

I look forward to your immediately response to this urgent matter.

Sincerely,

WACHTEL & MASYR, LLP

By: _____
Michael S. Hassan

MSH:
cc:    Mr. David Lomita
       Scott Lesser, Esq.
       Adam Rossman, Esq.

# EXHIBIT H

LAW OFFICES

# KRAVET & VOGEL, LLP

1040 AVENUE OF THE AMERICAS, SUITE 1101
NEW YORK, NEW YORK 10018-3703

TELEPHONE: (212) 997-7634
FACSIMILE:  (212) 997-7686
*www.kravetvogel.com*
WRITER'S E-MAIL: jvogel@kvnyc.com

DONALD J. KRAVET
JOSEPH A. VOGEL

OF COUNSEL:
HOWARD J. AUGUST
SCOTT H. GREENFIELD

MARIA E. RODI

June 12, 2007

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Michael S. Hassan, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, New York 10022

Re:   <u>Your Letter Dated June 5, 2007 Addressed to JMB Apparel Designer Group, Inc.</u>

Dear Mr. Hassan:

We represent JMB Apparel Designer Group, Inc. ("JMB") and write in response to your letter dated June 5, 2007 addressed to JMB and to our firm.[1]

Your letter contends that JMB is "currently selling and distributing certain products bearing the Sharagano Trademark" purportedly in violation of the rights of your client Sharagano Holdings, LLC.  This contention is <u>false</u> as JMB has advised that it ceased all use of the Sharagano Trademark prior to February 2006.

As you may know, pursuant to the Trademark License Agreement, dated April 1, 2004, as amended (the "Agreement"), JMB, as licensee, had full rights to the use of the Sharagano Trademark in connection with its manufacture and sale of ladies' suits throughout the United States and Canada.  In fact, pursuant to the Agreement JMB sold and marketed ladies' suits under the Sharagano name and label, as was its right to do so.  Thereafter, as a result of material breaches by licensor, JMB terminated the Agreement by written notice effective August 9, 2006 and ceased all use of the Sharagano name or mark.

Contrary to the assertions of your letter, JMB advises that it has sold <u>no</u> product bearing the Sharagano name or trademark since prior to February 2006.  Rather, all product sold by JMB since such date has been exclusively sold and marketed under its own line of ladies suits and sportswear bearing its proprietary "*Atelier*" label.

---

[1] Please note, the letter addressed to our firm was never received.  It appears that your letter was addressed to our former address, a location from which we moved in October 2005.  Please address any future correspondence to our current address as indicated above.

# KRAVET & VOGEL, LLP

Michael S. Hassan, Esq.
Wachtel & Masyr, LLP
June 12, 2007
Page 2

JMB has advised that during a recent telephone conversation between JMB and your client, Mr. Lomita, your client raised objection to a certain "*Atelier*" hangtag formerly used by JMB on its "*Atelier*" label garments that included an illegible script signature design in the upper left corner. Apparently, your client objected to this illegible script signature design because he believed it to suggest the letters "Sh." Although we understand that the word itself is illegible, your client contended that this illegible script signature spelled out the word "Sharagano." We have conferred with JMB regarding this claim and have been advised that the illegible script signature in fact does not and was never intended to spell or suggest the word "Sharagano" but rather is a reference to the name of the Shanghai factory (which we understand also begins with the letters "Sh") at which the garments were manufactured and which is owned by the primary shareholder in JMB. In addition, JMB has advised that this former hangtag design is no longer used by JMB in its current product line as the hangtags now used only contain the name "*Atelier*" together with a reference to the current *Atelier* website (www.atelierapparel.com). JMB also advises that all advertising and retail displays of its product both currently and since prior to February 2006 are exclusively under the name *Atelier*.

Accordingly, since JMB informs us that it is <u>not</u> infringing on any rights of your client, your demand that JMB cease and desist any use of the Sharagano trademark is both superfluous and unnecessary. Similarly, under these circumstances, your demand that JMB provide a full accounting of its sales and inventory since August 8, 2006, is without justification and JMB declines to do so.

We trust that the above is clear. However, in the event that you are aware of facts different from the above to which we are not privy, please so advise and we will discuss same with our client.

Please contact me with any questions.

Very truly yours,

KRAVET & VOGEL, LLP

By: _____
Joseph A. Vogel

JAV:ns
cc:    JMB Apparel Designer Group, Inc.

LAW OFFICES
# KRAVET & VOGEL, LLP

1040 AVENUE OF THE AMERICAS, SUITE 1101, NEW YORK, NEW YORK 10018-3703

TELEPHONE: (212) 997-7634
FACSIMILE: (212) 997-7686
WRITER'S E-MAIL: jvogel@kvnyc.com

## FACSIMILE COVERSHEET

*Date:* 6/12/2007
*Time:* 4:26 PM
*Number of Pages:* 3
*(including coversheet)*

*Please deliver to:* **Michael S. Hassan, Esq.**

*Name of the Firm:* **Wachtel & Masyr, LLP**

*Tel No:* **212-909-9500**      *Fax No.:* **212-371-0320**

*Name of Sender:*    **Joseph A. Vogel, Esq.**

This document and any enclosures will NOT be mailed to you.

### CONFIDENTIALITY NOTE:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

## MESSAGE: