UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARAGANO HOLDINGS, INC.,
**Plaintiff**

-v-

JMB APPAREL DESIGNER GROUP, INC.,

**Defendant**

Case No. 07-CV-6277

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SHARAGANO HOLDINGS, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No corporate parents, affiliates and/or subsidiaries.

Date: 7/23/07

Signature of Attorney

Attorney Bar Code: (MZ 8305)
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
(212) 909-9500

Form Rule7_1.pdf