**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARAGANO HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JMB APPAREL DESIGNER GROUP, INC., <br><br> Defendant. | Civ. Action No. <br><br><br> **ORDER TO SHOW CAUSE** |

Upon the instant application by plaintiff Sharagano Holdings, Inc. ("Sharagano"),

supported by the annexed Affidavit of David Lomita, sworn to on the 5th of July, the Declaration

of John H. Reichman, the Verified Complaint together with the exhibits annexed thereto, and

the accompanying Memorandum of Law, it is hereby

1.      ORDERED, that defendant JMB Apparel Designer Group, Inc. ("JMB"), show

cause before a motion term of this Court in courtroom _____ of the United States Courthouse

located at 500 Pearl Street, New York, New York, on the ___ day of July 2007, at ___ a.m. in the

forenoon or as soon thereafter as counsel may be heard, why an order should not be issued

pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and restraining Defendant,

its agents, servants, employees, representatives, and those persons in active concert or

participation with them or any of them, from: (a) using on or in connection with any products or

production, publication, display distribution, or in any other dissemination, the SHARAGANO

Trademark, or any combination or colorable imitations thereof, including without limitation

SHARAGANO ATELIER, or any confusingly similar thereto; (b) representing by any means

whatsoever, directly or indirectly, or doing any other acts calculated or likely to cause confusion or mistake, or to deceive anyone into believing that Defendants' goods and any related services or materials are related to Plaintiff's goods or related services or materials, or that there is any affiliation or connection between Plaintiff and Defendant; and (c) using any designation so as to cause the dilution of the distinctive quality of Plaintiff's Trademark.

2.      ORDERED, that pending the hearing and determination of this application, it is hereby directed that Defendants, its agents, servants, employees, representatives, and those persons in active concert or participation with them or any of them are restrained and enjoined from: (a) using on or in connection with any products or production, publication, display distribution, or in any other dissemination, the SHARAGANO Trademark, or any combination or colorable imitations thereof, including without limitation SHARAGANO ATELIER, or any confusingly similar thereto; (b) representing by any means whatsoever, directly or indirectly, or doing any other acts calculated or likely to cause confusion or mistake, or to deceive anyone into believing that Defendants' goods and any related services or materials are related to Plaintiff's goods or related services or materials, or that there is any affiliation or connection between Plaintiff and Defendant; and (c) using any designation so as to cause the dilution of the distinctive quality of Plaintiff's Trademark.

3.      ORDERED, that sufficient cause having been shown, let service of this Order, together with the papers upon which it is based, be made upon Defendant or its counsel on or before the _____ day of July, 2007 shall be deemed good and sufficient service thereof.

3

Dated: New York, New York

Issued:_____

                                                    SO ORDERED


                                        _____
                                                        U.S.D.J.