Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Tel. 212-997-7634
Fax:  212-997-7686
E-mail:  jvogel@kvnyc.com

*Attorneys for Defendant*
*JMB Apparel Designer Group, Inc.*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    ECF Case

SHARAGANO HOLDINGS, INC.,

                              Plaintiff,          Civil Case No.:  07 Civ. 6244 (NRB)

       v.

JMB APPAREL DESIGNER GROUP, INC.,

                              Defendant.

-----------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

     Please take notice that the undersigned hereby appears as counsel of record for defendant

JMB APPAREL DESIGNER GROUP, INC., with respect to the above captioned action.

Please serve copies of all papers in this action on the undersigned at the address set forth above

and again below.

Dated:     New York, York, New York
           July 13, 2007

2

**KRAVET & VOGEL, LLP**

By: _____s/ Joseph A. Vogel_____
      Joseph A. Vogel (JV-5533)
      A Member of the Firm

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
Tel. 212-997-7634

*Attorneys for Defendant*
  *JMB Apparel Designer Group, Inc.*

TO:

WACHTEL & MASYR, LLP
110 East 59th Street
New York, New York 10022
212-909-9500

*Attorneys for Plaintiff*