# Exhibit 1

Exhibit 1

Sharagano *Atelier* logo used on hangtags by JMB as Licensee under License Agreement during the period April 2004 to January 2006, for sale of Sharagano licensed ladies suits



Sharagano logo and label used by Sa-al Universal LLC, licensor under License Agreement, for sportswear sold by Sa-al Universal under Sharagano name and label



T    3
FABRIQUE EN FRANCE
MODELE DEPOSE

96% ACRYLIQUE
3% POLYAMIDE
1% ELASTHANNE


R N 72 386