# Exhibit 2

# JMB APPAREL DESIGNER GROUP INC.

**CORPORATE OFFICE**
214 West 39th Street
Suite 400A
New York, NY 10018

212.764.8410 Tel
212.764.8414 Fax
Duns # 147347269
info@jmbnyc.com

**DISTRIBUTION CENTER**
Dynamic Distribution Services Inc.
200 Central Avenue
South Kearny, NJ 07032

INVOICE NO. CH166

DATE JAN 20, 2006

SOLD TO : FOX'S
79 MAIN STREET
MINEOLA, NY 11501
TEL: 516-294-2678 FAX: 516-248-5389

SHIP TO : PICK UP FROM DYNAMIC

| SLSP | FOB | SPECIAL INSTRUCTIONS | TERMS |
|------|-----|----------------------|-------|
|      | FOB |                      | NET C.O.D. |

| CTNS | WEIGHT | CUSTOMER P.O. | DEPT. NO. | SHIP VIA |
|------|--------|---------------|-----------|----------|
| G.O.H. |      | 30118         |           |          |

| STYLE | COLOR | SIZES | QUANTITY | PRICE | EXTENSION |
|-------|-------|-------|----------|-------|-----------|
| 30176 | BLACK | 2 TO 14 | 15 | $50.00 | $750.00 |
| 301159 | BLACK | 2 TO 14 | 15 | $50.00 | $750.00 |
| 349102 | GREY | 2 TO 14 | 15 | $50.00 | $750.00 |
| 349155 | TAN | 2 TO 14 | 15 | $50.00 | $750.00 |
| 349104 | TAN | 2 TO 14 | 15 | $50.00 | $750.00 |
| 351157 | BLACK | 2 TO 14 | 15 | $50.00 | $750.00 |
| 35127 | BLACK | 2 TO 14 | 15 | $50.00 | $750.00 |
| 35682 | BLACK | 2 TO 14 | 15 | $50.00 | $750.00 |
| 35541 | TAN | 2 TO 14 | 15 | $50.00 | $750.00 |
| 355103 | TAN | 2 TO 14 | 15 | $50.00 | $750.00 |
| 354141 | BLACK | 2 TO 14 | 15 | $50.00 | $750.00 |
| 36041 | TAN | 2 TO 14 | 15 | $50.00 | $750.00 |

**TOTAL: 180 SETS**

| WHSE | PACKED | ACCOUNT NO. | VENDOR NO. | BALANCE TO FOLLOW | | |
|------|--------|-------------|------------|-------------------|---|---|
|      |        |             |            |                   | NET TOTAL | $9,000.00 |
| ACCOUNT AND ALL THE MERCHANDISE IT REPRESENTS HAS BEEN ASSIGNED AND IS PAYABLE TO : | | | | | FREIGHT | |
| JMB APPAREL DESIGNER GROUP INC. | | | | | **TOTAL** | $9,000.00 |

CONTINUING GUARANTIES UNDER THE TEXTILE FIBER PRODUCTS IDENTIFICATION ACT, THE WOOL PRODUCTS LABELING ACT, AND THE FLAMMABLE FABRICS ACT FILED WITH THE FEDEAL TRADE COMMISSION. REQUEST FOR RETURN OF DAMAGED MERCHANDISE MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF GOODS. GOODS DELIVERED TO TRANSIT COMPANIES ARE AT THE RISK OF PURCHASER. POSITIVELY NO ANTICIPATION ALLOWED. INTEREST FOR LATE PAYMENT WILL BE CHARGED AT THE RATE OF 2 POINTS ABOVE THE EXISTING PRIME RATE. NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION LABEL MUST BE AFFIXED TO ALL RETURNS. NO DISCOUNT ALLOWED ON SHIPPING CHARGES.

SALESPERSON: BOB
DATE: 1/14/06
CANCEL IF NOT SHIPPED BY: 1/31/06
ORDER NUMBER: 30118
SHIP VIA: air
TERMS: net
BUYER: Alex Janine
SHIP TO: FOX'S, 85 WILLIS AVE., MINEOLA, NY 11501
BILL TO: FOX'S, 79 MAIN ST., MINEOLA, NY 11501
(516) 294-2678 • Fax (516) 248-5389

Showroom At Peter
212 704 8414
212 704 8410

| # OF PIECES | STYLE | COLOR | 0/2 | XS/2 | S/4 | M/6 | L/8 | XL/10 | 12 | 14 | 16 | 18 | QTY | DESCRIPTION | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1011 ✓ | 301176 | Blk | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | Front Slit Slanted detail 3BT JKT | 50- |
| 1021 ✓ | 301159 | Blk | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | Piped Skt 1BT PantSuit | 50- |
| 1031 ✓ | 349102 | Gray | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | Pinstripe 3BT 3pkt Suit + Pant | 50- |
| 1041 | 349155 | Rust | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | moonshape pkt 3BT Pant suit + | 50- |
| 1041 ✓ | 349164 | Tan | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | 6 pkt JKT SKt Suit | 50- |
| 1051 ✓ | 351157 | Blk | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | Pinstripe Long JKT 1BT PantSuit | 50 |
| 2051 ✓ | 351137 | Blk | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | 6pkt Jk Skt + Suit | 50 |
| 1061 ✓ | 351082 | Blk | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | Portrait Collar Jkt Pant Suit | 50 |
| 2071 ✓ | 355241 | Tan | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | tennis Blue stripe flounce Skt Suit | 50 |
| 1071 ✓ | 355103 | Tan | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | detailed Back Jkt Pant Suit | 50 |
| 2011 ✓ | 355141 | Blk | | 3 | 3 | 3 | 2 | 2 | 0 | 1 | | | 15 | Pkt 9BT detail Skt Suit | 50 |
| 1081 1BT | 300100 | Tan | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | 1BT Stripe Pant Suit w/flounce | 70 |
| 3081 | 3001 | Tan | | 3 | 3 | 3 | 2 | 2 | 1 | 1 | | | 15 | Flounce skirt stripe 3BT Suit | 50 |

TOTAL QTY: 165
TOTAL COST: