# Exhibit 3



LORD & TAYLOR

[Spreadsheet form - Vendor: SHARAGANO, MISSY, OTB MONTH: OCT 05, TOTAL UNITS: 216, TOTAL RET $: $58.2, MARKUP%: 61.5%]

| CLASS | SLD VS. NOV | VENDOR | STYLE | FASHION | FABRIC | DESCRIPTION | COLOR | COST | OWN | TICKET |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | | 31192 | | | BLACK ROUND PORTRAIT CLR 2BTN PANT | BLACK | 100.00 | 259.99 | 380.00 |
| | | | 338105 | | | BLACK HRNGBNE TWO 1 BTN JKT W/PANT | BLACK | 100.00 | 259.99 | 380.00 |

Totals: 216 units, $58.2, Markup 61.5%, Cost $21.6

Handwritten notes: 11/6~, 38105, 338155, 9/20