# Exhibit 4

# BASEMENT
### a Retail Ventures Company
12 Gill Street, Suite 1600
Woburn, MA 01801
(617) 348-7000

**P.O. Number**
411177

**SUB. DEPT.** 8 0 2

EVERY PACKAGE, BILL OF LADING AND INVOICE
MUST SHOW THIS DEPT. AND ORDER NUMBER

*Accounting Office*
Attn: AP MERCHANDISE
3241 Westerville Road
Columbus, OH 43224

DUNS # 13-788-5864

All invoices must be mailed on the date of
shipment to the "Accounting Office' address.
**Billing Inquiries: (614) 478-2278**

VENDOR NAME: SANASAGA SwG

VENDOR'S ADDRESS: NANJING

CITY: BoB  STATE: Etta Becer mDims

COUNTRY: 010-704-8999   ZIP CODE

Accepted by _____  Date _____

☐ SAME FOR PRETICKET

**ORDER DATE:**  MO 9  DAY 13  YR 5
**START SHIP DATE:** 9
**CANCEL DATE:** 91

☐ DOMESTIC  OR  ☐ IMPORT

**PAYMENT TERMS**
TERMS CODE  1 6 0

POINT OF OWNERSHIP:
☐ F.O.B. ORIGIN
☐ F.O.B. CONSOLIDATOR
☐ F.O.B. DESTINATION
BASIS ☐ DSM   ☐ ROI   ☐ ROG
☐ VENDOR PAYS FREIGHT

**SHIP TO**
FILENE'S BASEMENT, INC.
26 MILLBURY STREET
AUBURN, MA 01501

**Call Filene's Basement**
**Traffic Dept. 617-521-4357**
**for routing instructions**

☐ Preticketed  ☐ Prepacked
☐ Preticketed  ☐ Prepacked
☐ Packing Instructions to follow
☐ Hanging  or  ☐ Flat
☐ First Quality  or  ☐ Nearly Per
☐ PARTIAL DELIVERIES ACCEPTED

| Line No / Rcrd | VENDOR STYLE NUMBER | CLASS | SUB CLASS | DESCRIPTION | QUANTITY | MFR/INBR | COLOR | SIZE | UNIT COST | Knd of Units / Multi Pack |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Asst Fall 05 |  |  | Asst Fall suit | 10 | SANASAGA | | | 235-- | |
|  |  |  |  | No appreciation book in Cn | | | | | | |
|  |  |  |  | | | | | | | |

**TOTAL QUANTITY** 100

**TOTAL VENDOR COST**

Comments _____ 1 filed _____ IMURMARMU

Buyer's Signature  J. Nice Crest   Date _____

DMM's Signature _____   Date _____

This Purchase Order includes the additional terms and conditions set out on the back of the Vendor's Copy of this Purchase Order.