# Exhibit 5

# FILENE'S BASEMENT

A Retail Ventures Company
12 Gill Street, Suite 1600
Woburn, MA 01801
(617) 348-7000

**Accounting Office:**
Attn: AP MERCHANDISE
3241 Westerville Road
Columbus, OH 43224

**P.O. Number:** 419424
**SUB. DEPT.:** 802

DUNS # 13-788-5864

All invoices must be mailed on the date of shipment to the "Accounting Office" address

**Billing Inquiries:** (614) 478-2278

**SHIP TO:**
FILENE'S BASEMENT, INC.
26 MILLBURY STREET
AUBURN, MA 01501

Call Filene's Basement
Traffic Dept: 617-521-4357
for routing instructions

☐ Prepacked
☐ Preticketed
☐ Packing Instructions to follow
☐ Hanging    or ☐ Flat
☐ First Quality    or ☐ Nearly Perf.
☐ PARTIAL DELIVERIES ACCEPTED

☒ DOMESTIC   OR   ☐ IMPORT

**PAYMENT TERMS:** Net

**TERMS CODE:** O

**POINT OF OWNERSHIP:**
☐ F.O.B. ORIGIN
☒ F.O.B. CONSOLIDATOR
☐ F.O.B. DESTINATION

**BASIS:** ☐ EOM   ☐ ROI   ☐ ROG
☐ VENDOR PAYS FREIGHT

**ORDER DATE:** 10/25/06
**START SHIP DATE:** 3/30/06
**CANCEL DATE:** 3/30/06

**VENDOR NAME:** JMB Atelier
**VENDOR'S ADDRESS:**
**CITY:** **STATE:** **ZIP CODE:**
**COUNTRY:** **TELEPHONE NO.:** 910-704-8414
**Accepted by:** [signature]   Date:

| Line No. | Re ord | VENDOR STYLE NUMBER | CLASS | SUB CLASS | DESCRIPTION | QUANTITY | MFR. NBR | COLOR | SIZE | Kind of Units | Multi Pack | UNIT COST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 489168 | 310 | | RA Venice 2B pant | 240 | catalog | | | D | 2 | 20- |
| | | 485402 | | | Str 2Bu Jkt pack | 130 | | | | D | 2 | 50- |
| | | M11102 #9165-110 Blzr | | | 2 piece browns 11 pcs | | | | | | | 48- |
| | | #9101 #9101 | | | M.J. 5001 W Buel 180 | | | | | | | 48- |
| | | #9001 M | | | Expert 180  figured 90 | | | | | | | 52- |
| | | #9001 M | | | Stripe MS 80 expert 100 | | | | | | | 50- |
| | | | | | Stripe MB Chartes patern | | | | | | | |

Atelier Inc CO 7/6 A/S

**TOTAL QUANTITY:** 1050
**TOTAL VENDOR COST:** $15/60.-

Buyer's Signature: [signature] Cento   Date: 10/25/06
DMM's Signature: [signature]   Date:

This Purchase Order includes the additional terms and conditions set out on the back of the Vendor's Copy of this Purchase Order

**FILENE'S BASEMENT**
25 Corporate Drive, Suite 400
Burlington, MA 01801
617-348-7000

**P.O. Number:** 434927
**SUB. DEPT.:** 802

**SHIP TO:** FILENE'S BASEMENT, INC.
26 MILLBURY STREET
AUBURN, MA 01501

Call Filene's Basement Traffic Dept. 617-521-4357 for routing instructions

**Accounting Office:**
Attn: AP MERCHANDISE
3241 Westerville Road
Columbus, OH 43224

DUNS # 13-788-5864
**Billing Inquiries:** (614) 478-2278

**VENDOR NAME:** Antelier
**VENDOR'S ADDRESS:**
**CITY:** Boo
**TELEPHONE NO.:** 212-764-844

**ORDER DATE:**
**START SHIP DATE:** 4 / 22 / 07
**CANCEL DATE:** 4 / 30 / 07

**TERMS CODE:** OP

| Line | Vendor Style Number | Class | Sub Class | Description | Quantity | MFR. NBR. | Color | Size | Unit Cost | Kind of Units / Multi Pack |
|---|---|---|---|---|---|---|---|---|---|---|
| | 41135 | | | Vkt/needs Black | 180 | | | | 3.70 | |

**TOTAL QUANTITY:** 180
**TOTAL VENDOR COST:** 667.-