# Exhibit 6

| | Nordstrom Contact |
|---|---|
| ATTN.: | KIM BRITTAIN |
| PHONE: | 206-303-2094 |
| FAX: | 206-303-2059 |
| EMAIL: | |
| | |
| ATTN.: | Margaret Williams |
| PHONE: | 206-303-2199 |
| FAX: | 206-303-2059 |
| EMAIL: | Margaret.Williams@nordstrom.com |
| Address: | 1700 Seventh Ave |
| | Suite 600 |
| | Seattle, WA 98101 |

## NORDSTROM SHIPPING & TRAFFIC INFORMATION

www.nordstromsupplier.com
UPC.............................Amee Ettel 206-373-3595
FLOOR READY....Hotline 877-444-1313 *choose Option 1 twice
PRETICKETS * HANGERS * UPC-128 CARTON LABELS

### STORES AND DCs

| SHIP TO DC: | 89 | 299 | 399 | 499 | 699 | 799 | |
|---|---|---|---|---|---|---|---|
| STORE: | 14 | 36 | 33 | 372 | 48 | 529 | 764 |
| | 15 | 135 | 328 | 374 | 428 | 624 | 771 |
| | 16 | 224 | 329 | 376 | 431 | 627 | |
| | 17 | 229 | 338 | 377 | 432 | 633 | |
| | 22 | 231 | 347 | 378 | 433 | 634 | |
| | 27 | 233 | 350 | 379 | 470 | 670 | |
| | 28 | 270 | 358 | 382 | 473 | | |
| | 109 | 273 | | 383 | | | |
| | | 274 | | 471 | | | |
| | | 727 | | | | | |
| | | 742 | | | | | |

---

| po #: | |
|---|---|
| P&H (Y or N): | |
| P.O. Desc.: | Career Pants |
| Dept. #: | 164 |
| Buyer: | BRITTAIN |
| Supplier Name: | ALTELIER |
| Supplier #: | |
| Pay to Vendor Name: | |
| Pay to Vendor #: | |
| FOR CBP Label Name: | ALTELIER |
| Terms: | Net 30 |
| Freight: | 0 |
| Routing: | SURFACE |
| F.O.B.: | Factory |
| Ship Date: | 4/5/2007 |
| Cancel Date: | 4/10/2007 |
| OTB EOW Date: | 4/14/2007 |

| | | | Vendor Contact |
|---|---|---|---|
| PO Type | RO | ATTN.: | Bob |
| Ticket Format | RR | PHONE: | |
| | UDA NO | FAX: | |
| Flag PO | NO | EMAIL: | bbb@imbnyc.com |
| | | | EDI CONTACT |
| | | NAME: | Margaret Williams |
| | | PHONE: | 206-303-2199 |

### Vendor Instructions:

| | |
|---|---|
| size scale | 4-14 |
| size break | |

**EXAMPLE TICKET**

NORDSTROM RACK

Style -------- ????
Color -------- ????
UPC ||||||||||||||||||
Size -------- ???
Dpt/Cl  ???  ???  ???
                Vendor  Season
                compare at
                00.00
Rack Price -------- 00.00

### Ticket information

| | | |
|---|---|---|
| season code | | 703 |
| vendor # | | 0 |
| dept / class | | 164/40 |
| compare at ticket ? | | yes |
| style # | check order page | |
| color | check order page | |
| size | see above | |
| price | check order page | |

### NORDSTROM USE ONLY

| | |
|---|---|
| fax or email | |
| jpol | |
| cbp | |
| rms header | |
| upc | |
| rie | |
| approved | |

po # 1256 6999

P&H (Y or N):
P.O. Desc.:
Dept. #: 153
Buyer: Kate Westrup
Supplier Name: ATELIER
Supplier #:
Pay to Vendor Name:
Pay to Vendor #:
FOR CBP Label Name: ATELIER
Terms: Net 30
Freight: 0
Routing: SURFACE
F.O.B.: Factory
Ship Date: 6/8/2007
Cancel Date: 6/15/2007
OTB EOW Date: 6/23/2007

| PO Type | RO |
| Ticket Format | RR |
| UDA | NO |
| Flag PO | |

**Vendor Contact**
ATTN.:
PHONE:
FAX:
EMAIL:

**EDI CONTACT**
NAME:
PHONE:

**Nordstrom Contact**
ATTN.: Kate Westrup
PHONE: 206-303-2007
FAX: 206-303-2059
EMAIL: kate.westrup@nordstrom.com

ATTN.: Brandy Baus
PHONE: 203-303-2087
FAX: 206-303-2059
EMAIL: brandy.n.baus@nordstrom.com

Address: 1700 Seventh Ave
Suite 600
Seattle, WA 98101

### NORDSTROM SHIPPING & TRAFFIC INFORMATION

UPC........................www.nordstromsupplier.com
FLOOR READY......Hotline 877-444-1313 *choose Option 1 twice......Amee Ettel 206-373-3595
PRETICKETS * HANGERS * UPC-128 CARTON LABELS

### STORES AND DCs

| SHIP TO DC: | 89 | 299 | 399 | 399 | 499 | 699 | 799 |
|---|---|---|---|---|---|---|---|
| STORE: | 3 | 36 | 33 | 372 | 48 | 529 | 764 |
| | 14 | 135 | 328 | 374 | 428 | 624 | 771 |
| | 15 | 224 | 329 | 376 | 431 | 627 | |
| | 16 | 229 | 338 | 377 | 432 | 633 | |
| | 17 | 231 | 347 | 378 | 433 | 634 | |
| | 22 | 233 | 350 | 379 | 470 | 670 | |
| | 27 | 270 | 358 | 382 | 473 | | |
| | 28 | 273 | | 383 | | | |
| | 109 | 274 | | 471 | | | |
| | | 727 | | | | | |
| | | 742 | | | | | |

**Vendor Instructions:**

**EXAMPLE TICKET**

NORDSTROM RACK

Style.........????
Color.........????
UPC...........
Size..........
???? ???? ???? ????
Dpt/Cl  Vendor  Season
         compare at
Rack Price.... 00.00
                00.00

### Ticket Information

| season code | 705 |
| vendor # | 0 |
| dept / class | 153 /40 |
| compare at ticket ? | YES |
| style # | check order page |
| color | check order page |
| size | see above |
| price | check order page |

### NORDSTROM USE ONLY

| fax or email | 5/3 KW |
| CM | |
| CBP | |
| RMS Header | |
| UPC | |
| file | |
| approved | |

size scale    4-14
size break    1-2-3-3-2-1