# Exhibit 7

PROFITABILITY RECAP - ACTUAL THRU JUNE 2006 ; PROJECTED THRU SPRING 06
BUYER: BRETT D. THOMAS
GROSS MARGIN PROJECTION
SPRING 2006
DPT 74

## ATELIER - 24 doors

| SALES | PROJ | | | %CHG |
|---|---|---|---|---|
| 350.7 | 378.7 | | | #DIV/0! |

|  |  | thru JULY wk 1 | JULY proj |  |  |
|---|---|---|---|---|---|
|  |  | STD | TO COME | TOTAL |  |
|  |  | 350.7 | 28.0 | 378.7 |  |

| MARKDOWNS | | | | | (MD % TO SALES = | | 85.7% | ) |
|---|---|---|---|---|---|---|---|---|
|  | 246.0 | POS | | 209.6 | 36.4 | | 246.0 | |
|  | 78.7 | PERMS | | 78.7 | 0.0 | | 78.7 | |
|  | 0.0 | PCR | | | 0.0 | | 0.0 | |
|  | -14.0 | MDVA | | 14.0 | 0.0 | | 14.0 | |
|  | 310.7 | NET MARKDOWNS | | | | | | |

| RECEIPTS | COST | RETAIL | MU% | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 196.6 | 627.7 | 68.7% TTL SEASON | 196.6 | | 196.6 | COST | |
|  | 126.3 | 276.3 | 54.1% BOS | 627.7 | | 627.7 | RETAIL | |
|  | 0.0 | 0.0 | RTV | | | | | |
|  | | 0.0 | PCR | | | | | |
|  | -5.7 | -14.0 | 59.2% MDVA | | | | | |
|  | 317.2 | 888.5 | 64.3% TOTAL | | | | | |

TO COME...

| SALES | sls | pos | rate |
|---|---|---|---|
| JULY | | | 130% |

| ON-ORDER | cost | retail | mark-up |
|---|---|---|---|
| JUNE | | | #DIV/0! |
| JULY | | | #DIV/0! |

| PERMS | |
|---|---|
| JULY | |

CHARGEBACKS

| 0.0 | TOTAL VA @ COST |
|---|---|

| MD % | 82.1% |
|---|---|
| + | |
| SHORT % | 0.8% |
| + | |
| EMP DISC% | 1.0% |
| + | |
| FREIGHT % | 0.0% |
| = | |
| TOTAL | 84.0% |
| X | |
| COST COMP | 35.7% |
| = | 30.0% |
| MU | 64.3% |
| - | 30.0% |
| | 34.3% |
| + | |
| EARNED DISC | 5.7% |
| = | |
| GM % | 40.0% |
| GM% PLAN | 45.0% |
| DEF @COST | ($18.8) |

as of      19-Jul-06      11:42 AM

116  -  9400  -  8/10
117  -  9400  -  9/10

PROFITABILITY RECAP - SEPTEMBER FALL 2006
BUYER: LAUREN COHN
GROSS MARGIN PROJECTION
FALL 2006
DPT 74

## ATELIER

| SALES | PROJ | PLAN | LY | %CHG | | STD | TO COME | | TOTAL | |
|-------|------|------|----|------|--|-----|---------|--|-------|--|
| 77.5 | 87.0 | | | #DIV/0! | | 77.5 | 9.5 | | 87.0 | |

| MARKDOWNS | | | | | | | (MD % TO SALES = | | 149.7% | ) |
|-----------|--|--|--|--|--|------|------|--|------|--|
| | | | 82.6 | POS | | 79.9 | 2.7 | | 82.6 | |
| | | | 47.6 | PERMS | | 38.6 | 9.0 | | 47.6 | |
| | | | 0.0 | PCR | | | 0.0 | | 0.0 | |
| | | | 0.0 | MDVA | | | 0.0 | | 0.0 | |
| | | | 130.2 | NET MARKDOWNS | | | | | | |

| RECEIPTS | | | | | | | | | | |
|----------|--|--|--|--|--|-------|-----|--|-------|-------|
| | COST | RETAIL | MU% | | | 134.5 | 0.0 | | 134.5 | COST |
| | 134.5 | 331.8 | 59.5% TTL SEASON | | | 331.8 | 0.0 | | 331.8 | RETAIL |
| | 50.4 | 146.8 | 65.7% BOS | | | | | | | |
| | -1.4 | -2.6 | 47.0% RTV | | | | | | | |
| | | | 0.0 | PCR | | | | | | |
| | 0.0 | 0.0 | MDVA | | | | | | | |
| | 183.5 | 476.0 | 61.5% TOTAL | | | | | | | |

TO COME

| SALES | sls | pos | rate |
|-------|-----|-----|------|
| SEPT | ▓▓▓▓▓▓▓▓▓▓▓ | | 28% |

| ON-ORDER | cost | retail | mark-up |
|----------|------|--------|---------|
| SEPT | | | #DIV/0! |

| PERMS | | | |
|-------|--|--|--|
| SEPT | ▓▓▓▓▓▓▓▓▓ | | |

CHARGEBACKS

| | | | |
|--|--|--|--|
| 0.0 | TOTAL VA @ COST | | |

| MD % | 149.7% |
|------|--------|
| + SHORT % | -26.3% |
| + EMP DISC% | 1.9% |
| + FREIGHT % | 0.2% |
| = TOTAL | 125.5% |
| X COST COMP | 38.5% |
| = | 48.4% |
| MU | 61.5% |
| - | 48.4% |
| | 13.1% |
| + EARNED DISC | 7.2% |
| = GM % | 20.3% |
| GM% PLAN | 45.0% |
| DEF @COST | ($21.5) |

as of    25-Sep-06    09:12 PM

PROFITABILITY RECAP - THIRD QUARTER FALL 2006
BUYER: LAUREN COHN
GROSS MARGIN PROJECTION
FALL 2006
DPT 74

ATELIER

| SALES | PROJ | PLAN | LY | %CHG | | STD | TO COME | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 105.2 | 136.7 | | | | | 105.2 | 31.5 | | 136.7 |

| MARKDOWNS | | | | | | | (MD % TO SALES 134.6% ) | |
|---|---|---|---|---|---|---|---|
| | 92.7 | POS | | 85.8 | 6.9 | 92.7 |
| | 91.2 | PERMS | | 47.9 | 43.3 | 91.2 |
| | 0.0 | PCR | | | 0.0 | 0.0 |
| | 0.0 | MDVA | | | 0.0 | 0.0 |
| | 183.9 | NET MARKDOWNS | | | | |

| RECEIPTS | COST | RETAIL | MU% | | | | |
|---|---|---|---|---|---|---|---|
| | 187.7 | 464.4 | 59.6% | TTL SEASO | 187.7 | 0.0 | 187.7 COST |
| | 50.4 | 146.8 | 65.7% | BOS | 464.4 | 0.0 | 464.4 RETAIL |
| | -1.4 | -2.6 | 47.0% | RTV | | | |
| | | 0.0 | | PCR | | | |
| | 0.0 | 0.0 | | MDVA | | | |
| | 236.7 | 608.6 | 61.1% | TOTAL | | | |

TO COME

| | | | |
|---|---|---|---|
| SALES | sls | pos | rate |
| OCT | 31.5 | 6.9 | 22% |
| | | | |
| ON-ORDER | cost | retail | mark-up |
| OCT | | | #DIV/0! |
| | | | |
| PERMS | | | |
| OCT | 43.3 | | |

CHARGEBACKS

0.0     TOTAL VA @ COST

| MD % | 134.6% |
|---|---|
| + SHORT % | -18.3% |
| + EMP DISC% | 1.0% |
| + FREIGHT % | 0.1% |
| = TOTAL | 117.4% |
| X COST COMP | 38.9% |
| = | 45.7% |
| MU | 61.1% |
| - | 45.7% |
| | 15.4% |
| + EARNED DISC | 6.1% |
| = GM % | 21.5% |
| GM% PLAN | 45.0% |
| DEF @COST | ($32.1) |

as of     11-Oct-06     11:34 AM

MMr's BOB

ORIGINAL INVOICE

JMB APPAREL DESIGNER
214 W 39TH ST SUITE#400A
NEW YORK, NY 10018

DYNAMIC HANDLING
150 PULASKI ST.
BAYONNE, NJ 07002

DUNS 147347269

INVOICE NO:   002503

DATE: 07/05/07

SOLD TO: LORD-1
LORD & TAYLOR
2500 HIGHLAND PARK BLVD

SHIP TO: LORD-1
LORD & TAYLOR DIST CTR

PAY TO:
MAKE CHECK PAYABLE&MAIL TO:
THE CIT GROUP/
COMMERCIAL SERVICES, INC.

WILKES BARRE   PA   18702-6797

250 HIGHLAND PARK BLVD.
WILKES-BARRE   PA   18702-6797

PO BOX 1036
CHARLOTTE, NC 28201-1036

| CUST PO NO | 93038644 | CREDIT APPR NO | 00 |
| DEPT | 0596 | SLSMN | 01 |
| STORE | 0001 | OUR ORDER NO | 001632 |
| TERMS | (08 ) 8/10 EOM | PICK TICKET NO | 001632/2 |
| DISCOUNT | | FACTOR AUTHORIZATION# | 00 |
| SHIP VIA | NEW DEAL LOGISTICS | | |

| STYLE | COLOR | DESCRIPTION | SIZE/QTY | | | | | | | UNITS | PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 4 | 6 | 8 | 10 | 12 | 14 | | | |
| | | | 4 | 5 | 5 | 5 | 5 | 4 | 4 | | | |
| 4411245 | BLACK | VIVIEN D/S | | | | | | | | 32 | 89.00 | 2848.00 |
| | | | | | | | | SUBTOTAL | | 32 | | 2848.00 |
| | | | | | | | TOTAL CTNS | | | 1 | | |
| | | | | | | | TOTAL WT | | | 32 | | 2,848.00 |

ORIGINAL INVOICE

JMB APPAREL DESIGNER                    DYNAMIC HANDLING
214 W 39TH ST SUITE#400A                150 PULASKI ST.
NEW YORK, NY 10018                      BAYONNE, NJ 07002

DUNS 147347269

INVOICE NO:    002504          DATE: 07/05/07

SOLD TO: LORD-1               SHIP TO: LORD-1
LORD & TAYLOR                 LORD & TAYLOR DIST CTR
2500 HIGHLAND PARK BLVD
                             250 HIGHLAND PARK BLVD.       PAY TO:
WILKES BARRE  PA  18702-6797  WILKES-BARRE  PA  18702-6797  MAKE CHECK PAYABLE&MAIL TO:
                                                            THE CIT GROUP/
                                                            COMMERCIAL SERVICES, INC.
                                                            PO BOX 1036
CUST PO NO   93038644         CREDIT APPR NO   00           CHARLOTTE, NC 28201-1036
DEPT         0596             SLSMN            01
STORE        0003             OUR ORDER NO     001633
TERMS        (08 ) 8/10 EOM   PICK TICKET NO   001633/2
DISCOUNT                      FACTOR AUTHORIZATION# 00
SHIP VIA     NEW DEAL LOGISTICS

STYLE   COLOR  DESCRIPTION    SIZE/QTY                      UNITS   PRICE   VALUE
------  -----  -----------    --------                      -----   -----   -----
                             2  4  6  8  10 12 14
4411245 BLACK  VIVIEN D/S     1  1  2  1  1  1  1              8    89.00   712.00

                                            SUBTOTAL          8             712.00

                                  TOTAL CTNS    1
                                  TOTAL WT      8             8             712.00

ORIGINAL INVOICE

JMB APPAREL DESIGNER
214 W 39TH ST SUITE#400A
NEW YORK, NY 10018

DYNAMIC HANDLING
150 PULASKI ST.
BAYONNE, NJ 07002

DUNS 147347269

INVOICE NO:    002505        DATE: 07/05/07

SOLD TO: LORD-1
LORD & TAYLOR
2500 HIGHLAND PARK BLVD

WILKES BARRE   PA  18702-6797

SHIP TO: LORD-1
LORD & TAYLOR DIST CTR

250 HIGHLAND PARK BLVD.
WILKES-BARRE   PA  18702-6797

PAY TO:
MAKE CHECK PAYABLE&MAIL TO:
THE CIT GROUP/
COMMERCIAL SERVICES, INC.
PO BOX 1036
CHARLOTTE, NC 28201-1036

| CUST PO NO | 93038644 | CREDIT APPR NO | 00 |
| DEPT | 0596 | SLSMN | 01 |
| STORE | 0011 | OUR ORDER NO | 001634 |
| TERMS | (08 ) 8/10 EOM | PICK TICKET NO | 001634/2 |
| DISCOUNT | | FACTOR AUTHORIZATION# 00 | |
| SHIP VIA | NEW DEAL LOGISTICS | | |

| STYLE | COLOR | DESCRIPTION | SIZE/QTY | | | | | | | UNITS | PRICE | VALUE |
|-------|-------|-------------|---|---|---|---|---|---|---|-------|-------|-------|
| | | | 2 | 4 | 6 | 8 | 10 | 12 | 14 | | | |
| 4411245 | BLACK | VIVIEN D/S | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 8 | 89.00 | 712.00 |
| | | | | | | | | SUBTOTAL | | 8 | | 712.00 |
| | | | | | | | TOTAL CTNS | | 1 | | | |
| | | | | | | | TOTAL WT | | 8 | | | 712.00 |

ORIGINAL INVOICE

JMB APPAREL DESIGNER                    DYNAMIC HANDLING
214 W 39TH ST SUITE#400A                150 PULASKI ST.
NEW YORK, NY 10018                      BAYONNE, NJ 07002

INVOICE NO:    002506

DUNS 147347269

DATE: 07/05/07

SOLD TO: LORD-1                         SHIP TO: LORD-1
LORD & TAYLOR                           LORD & TAYLOR DIST CTR
2500 HIGHLAND PARK BLVD

WILKES BARRE    PA  18702-6797          250 HIGHLAND PARK BLVD.
                                        WILKES-BARRE    PA  18702-6797

                                                                        PAY TO:
                                                                        MAKE CHECK PAYABLE&MAIL TO:
                                                                        THE CIT GROUP/
                                                                        COMMERCIAL SERVICES, INC.
                                                                        PO BOX 1036
                                                                        CHARLOTTE, NC 28201-1036

CUST PO NO   93038644                   CREDIT APPR NO         00
DEPT         0596                       SLSMN                  01
STORE        0012                       OUR ORDER NO           001635
TERMS        (08 ) 8/10 EOM             PICK TICKET NO         001635/2
DISCOUNT                                FACTOR AUTHORIZATION#  00
SHIP VIA     NEW DEAL LOGISTICS

| STYLE | COLOR | DESCRIPTION | SIZE/QTY | | | | | | | | UNITS | PRICE | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 4 | 6 | 8 | 10 | 12 | 14 | | | |
| 4411245 | BLACK | VIVIEN D/S | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 8 | 89.00 | 712.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | SUBTOTAL | 8 | | 712.00 |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL CTNS | 1 | | | 712.00 |
| | | | | | | | | TOTAL WT | 8 | 8 | | |