# Exhibit 8









PIECES OF STYLE
opposite page:
**Anne Klein New York**
A  Wide-lapel houndstooth coat in black/camel wool/cashmere/polyamide. Misses XS to XL. $795 FSH20A
B  Long-sleeved cashmere turtleneck in black. Misses XS to XL. $225 FSH20B
C  Extended-tab trousers in lightweight heather camel wool/cashmere. Misses 2 to 16. $245 FSH20C

this page:
**Atelier** D  Three-piece pantsuit in grey plaid polyester/viscose/Lycra® elastane. Misses 2 to 14. $230 FSH21D

All items on these two pages imported.

*Lord & Taylor*
424 Fifth Avenue
New York, NY 10018

**Want to receive our catalog or our emails? Please visit our website, lordandtaylor.com to register.**

Looking to purchase something in our catalog online? Just enter the order number found at the end of each item description in the search box. Please type in all the characters, including letters. To place an order, or for store locations, call 1-800-223-7440, 8am to 8pm (EST) Monday through Saturday; 9am to 6pm (EST) Sunday. Applicable sales tax and delivery charges will be added. Charge it with your Lord & Taylor credit card. We also accept American Express, MasterCard, Visa® and the Discover® card. Sorry, every style, size and color on these pages may not be available at every Lord & Taylor store. No adjustments to prior sale purchases. No phone orders on items with general descriptions and ranged prices. Advertised merchandise may be available at sale prices at upcoming sale events. Our regular and original prices are offering prices only and may not have resulted in actual sales. Sale ends Monday September 18th, 2006, except for clearance items and where indicated. Merchandise not available at our St. Louis Galleria, West County, Christiana Mall, Fairlane Town Center, North Shore Mall or Orlando stores. 108-09-06

Postmaster: Please deliver 9/1 through 9/5

PRSRT STD
U.S. Postage
**PAID**
Lord & Taylor
062-50100



**Hilary Radley**
A  Black alpaca/wool capelet. Misses S to XL. Imported. $250  FSH70A



7/3/2007