# Exhibit 9

# LOEHMANN'S
THE ORIGINAL DESIGNER OUTLET

| | |
|---|---|
| FREIGHT ROUTING INSTRUCTIONS: | FOR 500 RESV (YES) (NO) (PART) (pls circle) |
| 1.) FOR A ROUTING GUIDE CALL 800.366.5634X7555/7557 | |
| METHOD 1: SHIPMENTS OVER 250 LBS. VISIT WWW.NRSONLINE | PO # 73573 |
| METHOD 2: SHIPMENTS UNDER 250 LBS, SHIP PREPAID CARRIER OF YOUR CHOICE. | |

SHIP TO:
1.) SEE LOEHMANN'S ROUTING GUIDE FOR PROPER SHIP TO ADDRESS.
2.) DISTRIBUTION CENTER NUMBERS
PHONE: 201-372-1281 (ASK FOR TRANSPORTATION)
FAX: 201-372-1454

BILL TO:
ACCOUNTS PAYABLE DEPT.
2500 HALSEY STREET
BRONX, NY 10461
PHONE: 718-409-2000
FAX: 718-518-2795

Vendor Number: 3520
Vendor Name: JMB APPAREL
Vendor Phone #: BOB
Buyer: DIANNA GABRIEL
DEPT 54    SEASON 107

MESSAGE: INTERNET STORE ONLY
CODE 5
LABEL:" ATELIER"

Order Date: 13-Dec
OTB Month: MARCH
Start: 2/25/2007
Cancel: 3/5/2007
TERMS: NET 45

| VENDOR STYLE | DESCRIPTION | COLOR | WHLSLE | DISCOUNT % | COST$ | RET$ | COMP RET$ | UNITS | TOT COST$ | TOT RET$ | IMU% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 410297-I | 3B MLTI SHADOW STRIPE ROUNDED NOTCH SKIRT MULTI | GRY | | | $ 42.50 | | $ 340.00 | 72 | $ 3.1 | $ - | #DIV/0! |
| 410207-I | 1B MLTI SHADOW STRIPE ASYM FLAP PKT PANT | GRY | | | $ 42.50 | | $ 380.00 | 60 | $ 2.6 | $ - | #DIV/0! |
| 410203-I | 2B MLTI SHADOW STRIPE LNGR JKT INSET WAIST PANT | GRY | | | $ 42.50 | | $ 380.00 | 48 | $ 2.0 | $ - | #DIV/0! |
| | | | | | | | | | $ - | $ - | #DIV/0! |
| | | | | | | | | | $ - | $ - | #DIV/0! |
| | | | | | | | | | $ - | $ - | #DIV/0! |
| | TOTAL | | | | | | | 180 | $ 7.7 | $ - | #DIV/0! |



# LOEHMANN'S
THE ORIGINAL DESIGNER OUTLET

| FOR 500 RESV | (YES) (NO) (PART) |
|---|---|
| | (pls circle) |

PO # 73574

**FREIGHT ROUTING INSTRUCTIONS:**
1.) FOR A ROUTING GUIDE CALL 800.366.5634X7555/7557
METHOD 1: SHIPMENTS OVER 250 LBS.
VISIT WWW.NRSONLINE
METHOD 2: SHIPMENTS UNDER 250 LBS, SHIP PREPAID
CARRIER OF YOUR CHOICE.

**SHIP TO:**
1.) SEE LOEHMANN'S ROUTING GUIDE FOR PROPER SHIP
TO ADDRESS.
2.) DISTRIBUTION CENTER NUMBERS
PHONE: 201-372-1281 (ASK FOR TRANSPORTATION)
FAX: 201-372-1454

Vendor Number: 3520
Vendor Name: JMB APPAREL
Vendor Phone #: BOB

Buyer DIANNA GABRIEL

DEPT  54   SEASON  107

**MESSAGE:** INTERNET STORE ONLY
CODE 5
LABEL: "ATELIER"

**BILL TO:**
ACCOUNTS PAYABLE DEPT.
2500 HALSEY STREET
BRONX, NY 10461
PHONE: 718-409-2000
FAX: 718-518-2796

Order Date: 13-Dec
OTB Month: MARCH
Start: 3/12/2007
Cancel: 3/19/2007
TERMS: NET 45

| VENDOR STYLE | DESCRIPTION | COLOR | WHLSLE | DISCOUNT % | COST$ | RET$ | COMP RET$ | UNITS | TOT COST$ | TOT RET$ | IMU% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 411194-I | 2B MICRO MINI STRIPE 4 PKT PANT | LT.GRY | | | $42.50 | | $380.00 | 60 | $2.6 | $- | #DIV/0! |
| 411102-I | 2B MICRO MINI STRIP NOTCH PANT | LT.GRY | | | $42.50 | | $380.00 | 48 | $2.0 | $- | #DIV/0! |
| | | NVY | | | $42.50 | | $380.00 | 24 | $1.0 | $- | #DIV/0! |
| | | BLK | | | $42.50 | | $380.00 | 48 | $2.0 | $- | #DIV/0! |
| 411208-I | 1B MICRO MINI STRIPE ASSYM FLAP SKRT | LT.GRY | | | $42.50 | | $340.00 | 60 | $2.6 | $- | #DIV/0! |
| | | | | | | | | | $- | $- | #DIV/0! |
| | | | | | | | | | $- | $- | #DIV/0! |
| | TOTAL | | | | | | | 240 | $10.2 | $- | #DIV/0! |

