# Exhibit 10

# EXHIBIT E

Case 1:07-cv-06244-NRB    Document 11-11    Filed 07/13/2007    Page 3 of 16

Web    Images    Video    News    Maps    Gmail    more ▾                                                      Sign in

Google

[ "sharagano atelier" ]    [ Search ]    Advanced Search
Preferences

Web                                                    Results 1 - 10 of about 346 for "sharagano atelier". (0.41 seconds)

*[handwritten: NO PICTURE OR STYLE SHOWN]*

Buy **Sharagano Atelier**
www.become.com      Shop Our Wide Selection Of **Sharagano Atelier**      Sponsored Link
Today!

Sponsored Links

**Sharagano Atelier**
Shop for Clothing
Compare & Buy from 1000's of Stores
www.Shopping.com/Clothing

**Sharagano Sale**
40%-60% Clothing Deals.
**Sharagano** (in stock).
www.zinfinitemarket.com

**sharagano**
Directory Of Designer Clothes.
Find Designer Clothes Quickly.
DesignerClothes.ThinkFashion.com

**Sharagano Atelier**
Buy Pantsuits.
Compare Prices and Save.
PriceGrabber.com

Buying into the Dress Code - Without Breaking the Bank |
Second ...

They have rotating sales on skirt and pant suits from esteemed
designers such as Tahari by Arthur S. Levine and **Sharagano Atelier**,
for a fraction of the ...

*[handwritten: FALL 2005]*

www.secondcitystyle.com/node/327 - 20k - Cached - Similar pages

eBay: NWOT $200 **Sharagano ATELIER** skirt & jacket suit
sz 2 (item ...

Find NWOT $200 **Sharagano ATELIER** skirt & jacket suit sz 2 in the
Clothing, Shoes Accessories , Women's Clothing , Suits category on
eBay.

*[handwritten: FALL 2005]*

cgi.ebay.com/NWOT-200-**Sharagano-ATELIER**-skirt-jacket-suit-sz-
2_W0QQitemZ270134728103QQcmdZViewItem - 72k - Jun 20, 2007 -
Cached - Similar pages

eBay: 100%Authentic **SHARAGANO ATELIER**
Women Skirt SUIT sz 6 (item ...

Find 100%Authentic **SHARAGANO ATELIER** Women Skirt SUIT
sz 6 in the Clothing, Shoes Accessories , Women's Clothing ,
Suits category on eBay.
cgi.ebay.com/100-Authentic-**SHARAGANO-ATELIER**-Women-
Skirt-SUIT-sz-6_W0QQitemZ150132868215QQcmdZViewItem -
84k - Supplemental Result - Cached - Similar pages

Buzzillions.com - Real reviews for Womens **Sharagano Atelier** 2pc ...

Find more Full Men's Suits reviews at Buzzillions.com, where every product has a review.
www.buzzillions.com/r-58969-womens-**sharagano-atelier**-2pc-whipstitched-pantsuit-
reviews/ - 35k - Supplemental Result - Cached - Similar pages

Buzzillions.com - Real reviews for Sharagano Womens Atelier Notch ...

**Sharagano Atelier** Notch Collar Black Pantsuit. View larger. Image provided by
SmartBargains.com. Average Customer Rating: (based on 1 review) ...
www.buzzillions.com/r-65877-**sharagano-womens-atelier**-notch-collar-black-pantsuit-
reviews/ - 33k - Supplemental Result - Cached - Similar pages
[ More results from www.buzzillions.com ]

**Sharagano Atelier** 2-Piece Black Twill Skirt Suit : SmartBargains.com

This **Sharagano Atelier** black twill suit has tailored lines with a splashy red lining that'll
surprise you. Yours for ...
www.smartbargains.com/products/1058327975.jsp - 57k - Supplemental Result -
Cached - Similar pages

Overstock Auctions Designer **Sharagano Atelier** Cargo jean Capri ...



*[handwritten: DID NOT OPEN]*

"sharagano atelier" - Google Search
Page 2 of 2
Case 1:07-cv-06244-NRB    Document 11-11    Filed 07/13/2007    Page 4 of 16

Designer **Sharagano Atelier** Cargo jean Capri pants 26. The description for this item has been removed since the item closed more than 6 months ago. ...
auctions.overstock.com/cgi-bin/auctions.cgi?PAGE=PRODDET&PRODUCTID=24213165 - 19k - Supplemental Result - Cached - Similar pages

### SHOP.COM **Sharagano Atelier** 2pc Brown Plaid Pantsuit Ratings & Reviews
**Sharagano Atelier** 2pc Brown Plaid Pantsuit. Product Reviews. **Sharagano Atelier** 2pc Brown ... Customer Reviews for **Sharagano Atelier** 2pc Brown Plaid Pantsuit ...
reviews-cdn.shop.com/8747/23970506/reviews.htm - 7k - Supplemental Result - Cached - Similar pages

### Best Price on **Sharagano Atelier** Grey Pinstriped Skirt Suit $59.97 ...
**Sharagano Atelier** Grey Pinstriped Skirt Suit $59.97 at - Buy, coupon, Rebate, sale.
www.knockster.com/discuss.php?id=204392&f=1 - 22k - Supplemental Result - Cached - Similar pages

### **Sharagano Atelier** Black Twill Pantsuit
**Sharagano Atelier** Career Black Stretch Gaucho Pant.
www.giadadai.com/Women-s-Apparel-Bargains/index1633.html - 37k - Supplemental Result - Cached - Similar pages



1 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

---

| "sharagano atelier" | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web    Images    Video    News    Maps    Gmail    more ▾                                    Sign in

Google

[ "sharagano atelier" ]    [ Search ]    Advanced Search
                                           Preferences

Web                                    Results 11 - 20 of about 345 for **"sharagano atelier"**. (0.30 seconds)

Sponsored Links

**Sharagano Atelier** 2pc Brown Plaid Pantsuit :
SmartBargains.com
A classic plaid design in a warm brown hue make this two piece pantsuit a
stylish choice for the professional ...
www.smartbargains.com/products/1058327977.jsp - 57k - Supplemental
Result - Cached - Similar pages

$50.01 off **Sharagano Atelier** Grey Pinstriped Skirt Suit Old
Price ...
$50.01 off Sharagano Atelier Grey Pinstriped Skirt Suit Old Price:
$109.98 Now Only: $59.97. Submitted by ra on Mon, 02/26/2007 -
11:02pm. ...
www.dealslut.com/node/11550 - 9k - Supplemental Result -
Cached - Similar pages

**Sharagano: Apparel & Accessories > Women's > Suits &
Blazers ...
Sharagano Atelier** makes a regular business suit a touch more feminine
with ... This Sharagano Atelier black twill suit has tailored lines with a
splashy red ...
www.qdeals.com/Grid.asp?CID=291&Brand=Sharagano - 60k -
Supplemental Result - Cached - Similar pages

Buy **Sharagano** Atelier
Shop Our Wide Selection Of
**Sharagano** Atelier Today!
www.become.com

**Sharagano** Atelier
Shop, Compare & Save - Clothing
Store Ratings. Consumer Reviews.
www.Shopping.com/Clothing

**sharagano**
Directory Of Designer Clothes.
Find Designer Clothes Quickly.
DesignerClothes.ThinkFashion.com

**Sharagano** Atelier
Buy Pantsuits.
Compare Prices and Save.
PriceGrabber.com

Smart Bargains > Apparel & Accessories > Women's > Suits & Blazers ...
This **Sharagano Atelier** ensemble gets fashionable with a six-pocket blazer and stylish
straight cut. Read more. Available from. Smart Bargains. $139.99 ...
www.qdeals.com/Grid.asp?MID=40&CID=291&CatalogPage=8 - 70k - Supplemental Result
- Cached - Similar pages
[ More results from www.qdeals.com ]

Irgactone1978's Wish List at Kaboodle
**Sharagano Atelier** 2-Piece Grey Plaid Skirt Suit ... Shipping & Returns | **Sharagano
Atelier** makes a regular business suit a touch more feminine with a swingy ...
www.kaboodle.com/Irgactone1978/Irgactone1978s-wish-list.html - 275k -
Cached - Similar pages

Search for: **Sharagano Atelier** Charcoal Grey Tweed Skirt Suit ...
somawireless | somagaming, images | video. Thursday, May 31, 2007, Home.
somafashion.tv, somahealth.tv, somabeauty.tv, somasoul.tv ...
somabeauty.tv/beauty/search/?
somasearch=Sharagano+Atelier+Charcoal+Grey+Tweed+Skirt+Suit - 178k - Supplemental
Result - Cached - Similar pages

Search for: Atelier Twill Skirt Suit with Belt - where to buy and ...
Semi circles crop up here and there on this stylish yet businesslike **Sharagano Atelier** grey
tweed suit. Get it here, for less![Detail..] Price: $109.98 [. ...
www.somamodel.tv/model/search/?somasearch=Atelier+Twill+Skirt+Suit+with+Belt - 177k -
Supplemental Result - Cached - Similar pages

http://www.google.com/search?q=%22sharagano+atelier%22&hl=en&start=10&sa=N                    6/22/2007

Search for: Nike Women's Adventure Skirt - where to buy and ...
See more like **Sharagano Atelier** Charcoal Grey Tweed Skirt Suit. TYR Women's Solid
Running Skirt. TYR Women's Solid Running Skirt ...
www.somamodel.tv/model/search/?somasearch=Nike+Women's+Adventure+Skirt - 176k -
Supplemental Result - Cached - Similar pages

*[handwritten: DID NOT OPEN]*

## KNOCKSTER -Best Deals,Coupons,Freebies,Blogs & Reviews
**Sharagano Atelier** Career Black Stretch Gaucho Pant $16.97. At SmartBargains.com
posted by knockster Dec/28/2006. **Sharagano Atelier** Career Black Stretch ...
www.knockster.com/December_28_2006.html - 242k - Supplemental Result -
Cached - Similar pages

*[handwritten: FALL 2005]*

## Women's $99.99 Designer Suit Sale @Smartbargains.com [Archive ...
**Sharagano Atelier** Black Twill Pantsuit List Price: $380.00 Now Only: $99.99 ... **Sharagano
Atelier** Grey Pinstriped Skirt Suit List Price: $340.00 ...
forums.slickdeals.net/archive/index.php/t-362547.html - 5k - Supplemental Result -
Cached - Similar pages

*[handwritten: DID NOT OPEN]*

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

---

| "sharagano atelier" | Search |

Search within results | Language Tools | Search Tips

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Video   News   Maps   Gmail   more ▾                    Sign in

Google

["sharagano atelier"]   [Search]   Advanced Search
                                    Preferences

Web                    Results 21 - 30 of about 345 for "sharagano atelier". (0.26 seconds)

*(handwritten: DID NOT OPEN)*

**CCMP Discussion Form / Initial Posting of ROMS model**
http://arnold-sch-nberg.wig4ht.be/ arnold schÃ¶nberg http://**sharagano-atelier**-blazer-crop-pants.emiraph.be/ **sharagano atelier** blazer crop
pants ...
208.255.155.35/FORUMS/viewtopic.php?pid=2799 - 73k -
Supplemental Result - Cached - Similar pages

*(handwritten: DID NOT FIND)*

**Search for: skirt - where to buy and related articles**
See more like **Sharagano Atelier** Charcoal Grey Tweed Skirt Suit.
Credibility by Sheri Drobni Herringbone Skirt. Credibility by Sheri Drobni
Herringbone Skirt ...
somabeauty.tv/beauty/search/?SomaSearch=skirt&page=15 - 152k -
Supplemental Result - Cached - Similar pages

*(handwritten: NOT ON WEBSITE)*

**Women's Skirt & Dress Suits - PriceGrabber.com**
**Sharagano Atelier** 2-Piece Black Twill Skirt Suit · **Sharagano Atelier**
2-Piece Black Twill Skirt Suit. Sharagano. $109.98 Plus tax &
shipping ...
www.pricegrabber.com/search_attrib.php/page_id=867/sortby=popular-/start=24 - Similar pages

*(handwritten: NOT ON WEBSITE)*

**Women's Skirt & Dress Suits - PriceGrabber.com**
**Sharagano Atelier** Grey Pinstriped Skirt Suit · **Sharagano
Atelier** Grey Pinstriped Skirt Suit. Sharagano. $109.98 Plus tax &
shipping ...
www.pricegrabber.com/search_attrib.php/
page_id=867/sortby=popular-/start=96 - Similar pages

**merchant:Smartbargains.com:**
**Sharagano Atelier** 2 Piece Black Twill Skirt Suit, **Sharagano Atelier** 2 ... This **Sharagano
Atelier** black twill suit has tailored lines with a splashy red ...
247steals.com/merchant/Smartbargains.com/10.html - 73k - Supplemental Result -
Cached - Similar pages

**Online Reviews: Womens Suits**
**Sharagano Atelier** 2pc Suit **Sharagano Atelier** 2pc AUSTIN REED TUXEDO JACKET
AUSTIN REED TUXEDO 3-Piece Embroidered Suit 3-Piece Embroidered Suit ...
www.shop-for-everything.com/Womens-Suits/Womens-Suits-5.htm - 7k - Supplemental
Result - Cached - Similar pages

**eBay Store - TheFirstEdition: Women's Jackets Suits 10 - 12: NWT ...**
NWT $380 **Sharagano Atelier** Gorgeous Pants Suit sz 10. This seller accepts PayPal; US
$64.99 US $79.99 Buy It Now; Time Left: 3d 23h 22m ...
stores.ebay.com/TheFirstEdition_Womens-Jackets-Suits-10-12_W0QQfsubZ9QQfrsrcZ1 -
59k - Cached - Similar pages

**eBay Store - TheFirstEdition: Women's Jackets Suits 10 - 12:**
NWT $380 **Sharagano Atelier** Gorgeous Pants Suit sz 10. This seller accepts PayPal; US
$64.99 US $79.99 Buy It Now; Time Left: 10h 41m ...
stores.ebay.com/TheFirstEdition_Womens-Jackets-Suits-10-12_

Sponsored Links

**Sharagano Atelier**
Save Money. Find All That You Need
Save on **Sharagano** Atelier!
www.become.com

**Sharagano** Atelier
Shop for Clothing
Compare & Buy from 1000's of Stores
www.Shopping.com/Clothing

**sharagano**
Directory Of Designer Clothes.
Find Designer Clothes Quickly.
DesignerClothes.ThinkFashion.com

**Sharagano** Atelier
Buy Pantsuits.
Compare Prices and Save.
PriceGrabber.com

*(handwritten: DID NOT OPEN)*

*(handwritten: NOT A JMB MODEL/ STYLE)*

*(handwritten: DID NOT OPEN)*

W0QQcolZ4QQdirZ1QQfsubZ9QQftidZ2QQtZkm - 62k - Cached - Similar pages

## อำเภอศรีเชียงใหม่

... tribunale milano as jumbo known trumpeter as jumbo known trumpeter atelier **sharagano
atelier** sharagano atti degli apostolo atti degli apostolo ...
srichiangmal.com/index.php?option=com_akobook&Itemid=70&startpage=82 - 178k -
Cached - Similar pages

*DID NOT OPEN*

## eBay Express: 10 Pant Suits, Skirt Suits, and Dress Suits items on ...

NWT $380 **Sharagano Atelier** Gorgeous Pants Suit sz 10. NWT $380 **Sharagano Atelier**
Gorgeous Pants Suit sz 10. $79.99. | Shipping: $12.00 ...
search.express.ebay.com/Apparel-Accessories_Womens-Clothing_Womens-
Suits_W0QQSize275421Z1061fQQLHQ5fPrice... - 53k - Supplemental Result -
Cached - Similar pages

*NOT ON WEBSITE*

**Previous**  1  2  3  4  5  6  7  8  9  10 11 12    **Next**

"sharagano atelier"    Search

Search within results | Language Tools | Search Tips

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT F

# QDeals.com
## Enabling Smart Shopping

Review A Store or A Product, You Could
**Win $50 Target Gift Card**

| Apparel | Shoes | Computers | Electronics | Home & Kitchen | Toys & Games | Health & Beauty | Flowers & Gifts | Inter |

Search [                    ]  ⊕ Coupons

**BROWSE BY CATEGORY**    Main > Apparel & Accessories > Women's > Suits & Blazers

**Types**

Blazers

Dress Suits

Pant Suits

Skirt Suits

Suit Separates

**Brands**

Tahari

SmartBargains.com

BCBG Max Azria

Anne Klein

Sharagano

Walter

Larry Levine

Famous New York Maker

Kasper

Albert Nipon

La Rok

Nipon Boutique

Elie Tahari

Fash-ion-is-ta

John Meyer of Norwich

Vince

Jones New York

Michael Kors

Robert Rodriguez

Susana Monaco

**Stores**

Smart Bargains

Narrowed By Brand > Sharagano [X]

### Sharagano: Apparel & Accessories > Women's > Suits & Blazers >

21 products found

▦ Show Grid View

*(handwritten: SPRING 2005)*

**Sharagano Atelier 2pc Pantsuit with Cutaway Blazer**
By Sharagano

Rarely found for less outside the department stores, this fabulous and now a fraction of the price! Read more

*(handwritten: SPRING/FALL 2005)*

**Sharagano Atelier 2-Piece Black Twill Skirt Suit**
By Sharagano

This Sharagano Atelier black twill suit has tailored lines with a splashy surprise you. Yours for less! Read more

*(handwritten: DO NOT RECOGNIZE)*

**Atelier Taupe 3-Button Shadow Striped Pantsuit**
By Sharagano

From the notched collar to the shadow-striped twill, this Atelier pantsui seaming is guaranteed to please. Read more

*(handwritten: FALL 2005)*

**Sharagano Atelier Charcoal Grey Pantsuit**
By Sharagano

This charcoal grey pantsuit features classic pinstripes and decorative s and stylish look. Read more

*(handwritten: SPRING (JAN. 2006))*

**Atelier Black Two Button Skirt Suit**
By Sharagano

Black two-button skirt suit from Atelier, featuring a playful tulip hem an seaming. Read more

**Sharagano Atelier 2pc Whipstitched Pantsuit**
By Sharagano

Strategic whipstitching in key areas add an elegant look to the already this red-lined pantsuit. Read more



Access Your PC from Anywhere™

FREE TRIAL PLUS $10 OFF

CONTINUE
CLICK HERE

GoToMyPC

**Sharagano Atelier 2-Piece Black Houndstooth Suit**
By Sharagano

This stylish black mini houndstooth suit boasts decorative seaming and tulip skirt. Read more

**Sharagano Atelier 2-Piece Grey Plaid Skirt Suit**
By Sharagano

Sharagano Atelier makes a regular business suit a touch more feminine cut skirt. Yours for less! Read more

**Atelier Lurex Tweed Swing-Cut Skirt Suit**
By Sharagano

This conservative yet eye-catching skirt suit features traditional tweed Lurex for subtle shimmer. Read more

**Atelier Grey Tweed Shimmer Pantsuit**
By Sharagano

This stylish pantsuit from Atelier combines a formal grey block pattern, orange lurex shimmer. Read more

**Sharagano Atelier Black Twill Pantsuit**
By Sharagano

Match your professional potential with this classy pantsuit, featuring a a double-tiered peplum. Read more

**Sharagano Atelier Black Six Pocket Skirt Suit**
By Sharagano

This Sharagano Atelier ensemble gets fashionable with a six-pocket bl straight cut. Read more

**Sharagano Atelier 2pc Black Crepe Skirt Suit**
By Sharagano

This black crepe skirt suit with a charming flared tulip skirt offers classy style. Read more

**Sharagano Atelier 2pc Charcoal Grey Suit**

*FALL 2005*

By Sharagano

A sleek grey pantsuit featuring charcoal and burgundy stripes, for a cla
business life. Read more

---

*FALL 2005*

**Sharagano Atelier Shimmer Tweed Pantsuit**
By Sharagano

With it's shawl-style collar, princess seams, and tweed construction, th
flirtatious and professional. Read more

---

*FALL 2005*

**Atelier Black Two Button Pantsuit**
By Sharagano

Black two-piece pantsuit from Atelier, slightly stretchy, and featuring tw
front. Read more

---

*FALL 2005*

**Sharagano Atelier Grey Pinstriped Skirt Suit**
By Sharagano

This classic pinstriped skirt suit has a stylish two-button blazer and a s
pristine & professional look. Read more

---

*FALL 2005*

**Atelier Lurex Tweed Peplum-Cut Skirt Suit**
By Sharagano

This charming women's tweed skirt suit features Lurex threads for sub
peplum blazer, and an A-line skirt. Read more

---

*FALL 2005*

**Sharagano Atelier Charcoal Grey Tweed Skirt Suit**
By Sharagano

Semi circles crop up here and there on this stylish yet businesslike Sha
tweed suit. Get it here, for less! Read more

---

*FALL 2005*

**Sharagano Atelier 2pc Brown Plaid Pantsuit**
By Sharagano

A classic plaid design in a warm brown hue make this two piece pantsu
the professional woman. Read more

---

*FALL 2005*

**Sharagano Atelier Taupe Shadow Stripe Pantsuit**
By Sharagano

This pantsuit features wide, taupe-colored shadow stripes, triple-buttor
notched lapel. Read more

---

Page 1 of 1

# SHOP•COM™
All your favorite stores.
OneCart™ convenience.

my shop / apparel / beauty / home / gifts & registry / departments / stor

**I'm shopping for** [                    ] in [All Departments      ▼] [

Shop to help make wishes come true today with the Make-A-Wish Foundation®. See details ›



**Sharagano Atelier 2pc Brown Plaid Pantsuit**
Item

*FALL 2005*

View larger image
Email this page to a friend

**Enter ZIP code** [        ] to calculate shipping charges (Display Cost)

| Store | Product Info From Store | Tax & Shipping | Price | Ready To Buy? |
|---|---|---|---|---|
| | | | | |

Compare Prices | Product Reviews                           Price Promise

HELP US IMPROVE
CLICK HERE TO SUBMIT FEEDBACK ›

Product information and prices are provided by merchants and/or third party sources. At SHOP•COM we do everything we can to ensure the accuracy of the product information or prices displayed, but occasionally, errors occur. Please notify

# kaboodle 

Home     Products     Lists     People     Groups     Fun Stuff     My Profile

SEARCH: [Items ▼] for [                    ] [Go]

## Sharagano Atelier 2-Piece Grey Plaid Skirt Suit          Flag as Inappropriate



Added by

*FALL 2005*

Irgactone1978
added to
Irgactone1978's
Wish List

Add to my list

Send to friend

Compare prices

**Shop for it:** (added from 1 site)

☞ smartbargains.com

**Rate this:** ☆☆☆☆☆

0 Ratings:

Added to 1 list
1 person is wishing for it
Add Comment

**Description:** Shipping & Returns | Sharagano Atelier makes a regular business suit a touch more feminine with a swingy, bias-cut skirt. Yours for less! Features * Medium weight charcoal grey plaid skirt suit with red lining * Shell = 64%... See more »

**Highlights:** List Price: $340.00 | Now Only: $99.99* | You Save: $240.01 (70%)

## Join the conversation:

[                    ]

[Submit]

# shorch
### sale and closeout items only

Shop by Categories | Browse Stores | View Coupons    🁢 G Y! 🜚 ⊙

sharagano atelier    in  Women's Apparel and Shoes ▾    Sear

## Home > Search (6 matches)

View: list | table – Sort by: savings | sale price | list price | discount | **best match** – Order: high to low | low to hig

Ads by Google



**Sharagano Atelier** Black Six Pocket Skirt Suit by **Sharagano**
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This **Sharagano Atelier** ensemble gets fashionable with a six-pocket blazer and stylish straight cut.

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano

**Dinnerware Replacements**
Replacements.com carries thousands of dinnerware patterns, old & new!
www.replacements.com



**Sharagano Atelier** 2-Piece Black Twill Skirt Suit by **Sharagano**
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This **Sharagano Atelier** black twill suit has tailored lines with a splashy red lining that'll surprise you. Yours for less!

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano

**Discount Spode China**
Check out our special deals Free Shipping on Spode china.
www.parisjeweler.com



**Sharagano Atelier** Black Twill Pantsuit by **Sharagano**
Your price: $109.98 Compare at: $380.00 You save: $270.02 (71% off)
Match your professional potential with this classy pantsuit, featuring a two-button closure and a double-tiered peplum.

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano

**Buy Dinnerware Sets.**
American Atelier Dinnerware Compare Prices and Save.
PriceGrabber.com

**Match Italian Pewter**
Free Shipping - Italian pewter tableware and home accessories
www.manorhg.com



**Sharagano Atelier** 2-Piece Black Houndstooth Suit by **Sharagano**
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This stylish black mini houndstooth suit boasts decorative seaming and charming flared hem tulip skirt.

Learn more | Visit SmartBargains.com | View coupons

(11) | View all store items | More by Sharagano

**Fiesta Fiestaware Dishes**
Free shipping.Internet Price Leader Compare prices anywhere. Buy here.
www.zestydishes.com



**Sharagano Atelier** Charcoal Grey Pantsuit by **Sharagano**
Your price: $109.98 Compare at: $380.00 You save: $270.02 (71% off)
This charcoal grey pantsuit features classic pinstripes and decorative seaming for a sleek and stylish look.



Learn more  |  Visit SmartBargains.com  |  View coupons

(11)  |  View all store items  |  More by Sharagano



**Sharagano Atelier Grey Pinstriped Skirt Suit by Sharagano**
Your price: $109.98 Compare at: $340.00 You save: $230.02 (68% off)
This classic pinstriped skirt suit has a stylish two-button blazer and a sleek pencil skirt for a pristine & professional look.

Learn more  |  Visit SmartBargains.com  |  View coupons

(11)  |  View all store items  |  More by Sharagano

Find **sharagano atelier** on eBay  |  Find **sharagano atelier** on Amazon

Home | Bookmark Us | Terms of Use | Privacy Policy | Contact Us | About Shorch
Copyright © 2004-2007 by Shorch, Inc. All Rights Reserved.