# Exhibit 11

A.  Used throughout 2006 & Spring Line 2007 (January to April 2007) (40% of shipments)





B.  Spring Line 2007 (January to April 2007) (15% of shipments)

Atelier



C.  Spring Line 2007 (January to April 2007) (10% of shipments)

Atelier

www.atelierapparel.com



D.  Spring Line 2007 (January to April 2007) (20% of shipments)

Atelier

www.atelierapparel.com



E.  Spring Line 2007 (January to April 2007) (15% of shipments)

Atelier

www.atelierapparel.com



| | |
|---|---|
| F. Fall 1/Transition Line 2007 (May to July 2007) & Fall 2/Winter Line 2007 (July 2007 to December 2007)<br> |  |
| G. Fall 2/Winter Line 2007 (July 2007 to December 2007)<br> |  |
| H. Premium Denim Line (Sportswear)<br> |  |