Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Tel. 212-997-7634
Fax: 212-997-7686
E-mail: jvogel@kvnyc.com

*Attorneys for Defendant*
*JMB Apparel Designer Group, Inc.*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x    ECF Case
SHARAGANO HOLDINGS, INC.,

                Plaintiff,      Civil Case No.:  07 Civ. 6244 (NRB)

    v.

JMB APPAREL DESIGNER GROUP, INC.,

                Defendant.
-----------------------------------------------------------------x

## Rule 7.1 Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.91] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant **JMB Apparel Designer Group, Inc.** (a private non-governmental party) certifies that said party has no corporate parent and that no publicly held corporation owns or controls 10% or more of its stock.

Dated:      New York, York, New York
              July 13, 2007

2

**KRAVET & VOGEL, LLP**

By: ____s/ Joseph A. Vogel____
 Joseph A. Vogel (JV-5533)
 A Member of the Firm

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
Tel. 212-997-7634

*Attorneys for Defendant*
 *JMB Apparel Designer Group, Inc.*