Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Tel. 212-997-7634
Fax: 212-997-7686
E-mail: jvogel@kvnyc.com

*Attorneys for Defendant*
*JMB Apparel Designer Group, Inc.*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x    ECF Case
SHARAGANO HOLDINGS, INC.,

                Plaintiff,    Civil Case No.: 07 Civ. 6244 (NRB)

    v.

JMB APPAREL DESIGNER GROUP, INC.,

                Defendant.
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      JOSEPH A. VOGEL hereby certifies that on July 13, 2007 a true and correct copy of each of : (i) the *Notice of Appearance*, dated July 13, 2007; (ii) *Rule 7.1 Statement* and (iii) the *Affidavit of Ben Choy*, sworn to on July 13, 2007, with Exhibits 1-11 annexed thereto, were served by the Court's ECF System and by hand to counsel for plaintiff at the following address:

        Meagan A. Zapotocky, Esq.
        Wachtel & Masyr, LLP
        110 East 59th Street
        New York, New York 10022

Dated:    New York, New York
            July 13, 2007

                                          /s/ Joseph A. Vogel
                                      _____
                                        Joseph A. Vogel (JV-5533)