# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAGANO HOLDINGS, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>JMB APPAREL DESIGNER GROUP, INC.,<br><br>                      Defendant. | Civ. Action No. 07 Civ. 6244 (NRB) |

### AFFIDAVIT OF JACKIE PAPPAS

I, Jackie Pappas, being duly sworn, do hereby depose and state under oath as follows:

1. I am the public relations and marketing director of Sharagano Holdings, Inc. ("Sharagano"). I submit this affidavit in support of Sharagano's application for a preliminary injunction.

2. On July 18, 2007, I went to Burlington Coat Factory at 707 6th Avenue in New York City. I approached a sales associate at Burlington Coat Factory and informed her that I was interested in purchasing a Sharagano suit. She told me that they carried the brand and she directed me to a rack that contained 6 suits with labels and hangtags that appeared to say "Sharagano" in script writing followed by the name "Atelier" ("SHARAGANO ATELIER"). I purchased one of the suits. A copy of the receipt and the hangtag from the suit that I purchased from Burlington Coat Factory are attached hereto as Exhibit A.

3. On July 18, 2007, I also went to Filene's Basement at 620 6th Avenue in New York City. I approached a sales associate at Filene's Basement and informed her that I was interested in purchasing a Sharagano suit. She told me that they carried the brand and she

1

directed me to a rack that contained 12 suits with the SHARAGANO ATELIER labels and hangtags. There were approximately 5 or 6 different styles of suits all with the same SHARAGANO ATELIER labels and hangtags. I purchased one of the suits from Filene's Basement. A copy of the receipt and hangtag is attached hereto as Exhibit B.

Dated: New York, New York
       July 19, 2007

_____
Jackie Pappas

Sworn to me this 19
day of July, 2007

_____
Notary Public

ERIC KAPLAN
Notary Public - State of New York
NO. 01KA6137472
Qualified in Queens County
My Commission Expires 11/26/2009

2

# EXHIBIT A

# burlington
#### coat factory

707 6th Avenue, New York City, NY
Store Mgr Gustavo L.    (212) 229-1300

Shop online @
BurlingtonCoatFactory.com

235/03 T69696 07/18/07 14:36 C76559

235 03 69696 07/18/07

### REGULAR SALE

| | | |
|---|---|---|
| COATS | 528-80497853 | $59.99a |
| 30.0% Markdown | | $-18.00 |

**YOUR PRICE $41.99**

SPECIAL PRICING
a) Buy at least 1, get 30.0% off

| | |
|---|---|
| Subtotal | $41.99 |
| TOTAL | $41.99 |

Amounts Tendered
1 Am Express    $41.99
Auth#: 582329 Acct #:    XXXXXXXXXX1012
PAPPAS/JACQUELINE A
------
Total Paid    $41.99

--------------------------------------
Returns must be made by 08/17/07
--------------------------------------

# ITEMS SOLD 1

THANK YOU FOR SHOPPING
Burlington Coat Factory



# EXHIBIT B

```
         Filene's Basement
         620 Ave of the Americas
         New York              NY  10011
           Tel # 212-620-3100
     ====================================
     STR#    REG#    TRN#      EMP#
     70      006     00000440  70107
     ====================================
                           7/18/07 15:03

                    SALE
                                      YOUR
     DEPT    ITEM    PRICE     QTY    PRICE
     ----    ------  -----     ---    -----

     802    834856   $89.97     1    $62.97N
     BOXPLAIDBB/No Co/NOS
      30% Item Disc     $27.00
     SubTotal Before discount     $89.97
     Discount                     $27.00
            Sales ID#   0
     Sub Total                    $62.97
     Total                        $62.97




     AMEX         Credit Card    $62.97
     Acct#xxxxxxxxxxx1012
                    S

     ====================================
     Your Total Savings            $27.00

     ====================================
       Thank you for shopping with us!
         Please visit us online at
           www.filenesbasement.com
     ====================================

                           7/18/07 15:03
```

```
Filene's Basement
620 Ave of the Americas
New York            NY 10011
Tel # 212-620-3100

STR#    REG#    TRN#        EMP#
70      006     00000040    70107
                        7/18/07 15:03

                SALE

DEPT    ITEM        PRICE   QTY     YOUR
                                    PRICE
802     834856      $89.97   1      $62.97N
BOXPLAIDBB/No Co/NOS
30% Item Disc               $27.00
SubTotal Before discount    $89.97
Discount                    $27.00
        Sales ID#   0
Sub Total                   $62.97
Total                       $62.97

AMEX                Credit Card     $62.97
Acct#xxxxxxxxxxxx1012
                5

Your Total Savings          $27.00

Thank you for shopping with us!
Please visit us online at
www.filenesbasement.com

7/18/07 15:03
```

