# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAGANO HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JMB APPAREL DESIGNER GROUP, INC., <br><br> Defendant. | Civ. Action No. 07 Civ. 6244 (NRB) |

## AFFIDAVIT OF CHELSEA ROSEMAN

I, Chelsea Roseman, being duly sworn, do hereby depose and state under oath as follows:

1. I am employed with the law firm Wachtel & Masyr, LLP, attorneys for Plaintiff Sharagano Holdings, Inc. ("Sharagano") in the above-captioned matter. I submit this affidavit in further support of Sharagano's application for a preliminary injunction.

2. On July 6, 2007, I went to Lord & Taylor at 424 Fifth Avenue in New York City. I found more than 10 suits with labels and hangtags that appeared to say "Sharagano" in script writing followed by the name "Atelier" ("SHARAGANO ATELIER"). (A copy of pictures that I took of the suits for sale at Lord & Taylor is attached hereto as Exhibit A). I purchased one of the suits. A copy of the receipt and the hangtag from the suit that I purchased from Lord & Taylor is attached hereto as Exhibit B.

1

Dated: New York, New York
July 19, 2007

*Chelsea Roseman* (signature)
_____
Chelsea Roseman

Sworn to me this 19th
day of July, 2007

_____
Notary Public

Meagan Zapotocky
Notary Public State of New York
No. 02ZA6135583
Qualified in New York County
Commission expires 10 / 24 / 2009

2

# EXHIBIT A







# EXHIBIT B



```
       LORD & TAYLOR
       424 FIFTH AVENUE
       NEW YORK, NEW YORK

    283-001-137-9661
MO 034266   035    4:22 PM  7/06/2007

PURCHASE

2pc Skirt Suit              #M#  131.99
877378046486      596/14
Tkt 131.99

    8.375%    RGLR Tax           11.05
              Total             143.04
American Express               -143.04
508588 XXXX      XXXXXXXXXXXX1001 S
```



SHOP ONLINE AT LORDANDTAYLOR.COM
PLEASE SAVE YOUR RECEIPT TO
RECEIVE CREDIT IN THE FORM OF
YOUR ORIGINAL PAYMENT

CUSTOMER COPY




IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAGANO HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JMB APPAREL DESIGNER GROUP, INC., <br><br> Defendant. | Civ. Action No. 07 Civ. 6244 (NRB) |

I, Meagan A. Zapotocky, hereby certify that on July 20, 2007, I caused to be served a copy of the Reply Affidavit of Eli Lomita in Support of Plaintiff's Application For A Preliminary Injunction by Hand Delivery upon:

Joseph A. Vogel
KRAVET & VOGEL, LLP
1040 Avenue of the Americas
Suite 1101
New York, New York 10018

Counsel for Defendant JMB Designer Group, Inc.

Dated:  New York, New York
        July 20, 2007

Meagan A. Zapotocky