IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAGANO HOLDINGS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>JMB APPAREL DESIGNER GROUP, INC.,<br><br>        Defendant. | Civ. Action No. 07 Civ. 6244 (NRB) |

   I, Meagan A. Zapotocky, hereby certify that on July 20, 2007, I caused to be served a copy of the Reply Affidavit of Eli Lomita in Support of Plaintiff's Application For A Preliminary Injunction by Hand Delivery upon:

Joseph A. Vogel
KRAVET & VOGEL, LLP
1040 Avenue of the Americas
Suite 1101
New York, New York 10018

Counsel for Defendant JMB Designer Group, Inc.


Dated:  New York, New York
    July 20, 2007

                        ___/s/Meagan Zapotocky_____
                           Meagan A. Zapotocky