Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Tel. 212-997-7634
Fax: 212-997-7686
E-mail: jvogel@kvnyc.com

*Attorneys for Defendant*
*JMB Apparel Designer Group, Inc.*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   ECF Case
SHARAGANO HOLDINGS, INC.,

                    Plaintiff,          Civil Case No.: 07 Civ. 6244 (NRB)

     v.

JMB APPAREL DESIGNER GROUP, INC.,

                    Defendant.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       JOSEPH A. VOGEL hereby certifies that on July 26, 2007 a true and correct copy of defendant's *Answer with Counterclaim*, was served by the Court's ECF System and by first class mail to counsel for plaintiff at the following address:

               Meagan A. Zapotocky, Esq.
               Wachtel & Masyr, LLP
               110 East 59th Street
               New York, New York 10022

Dated:     New York, New York
           July 26, 2007

                                                /s/ Joseph A. Vogel
                                           _____
                                           Joseph A. Vogel (JV-5533)