IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAGANO HOLDINGS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>JMB APPAREL DESIGNER GROUP, INC.,<br><br>      Defendant. | Civ. Action No. 07 Civ. 6244 (NRB) |

### SUPPLEMENTAL AFFIDAVIT OF JACKIE PAPPAS

I, Jackie Pappas, being duly sworn, do hereby depose and state under oath as follows:

  1.  I am the public relations and marketing director of Plaintiff Sharagano Holdings, Inc. ("Sharagano"). I am also the President of ABS brand suits. I have also served as a merchandiser for the companies, and as a result of my experience, I have extensive knowledge regarding the merchandising of women's suits and sportswear products. I submit this supplemental affidavit in further support of Sharagano's application for a preliminary injunction.

  2.  Last month I visited the Lord & Taylor department store located in the Westfield Garden State Plaza in Paramus, New Jersey. On July 21, 2007, I returned to the store, and I discovered several racks of clothing (including 2 four-way and 2 T-stand racks) that contained several suits with labels and hangtags that appeared to say "Sharagano" in script writing followed by the name "Atelier" ("SHARAGANO ATELIER").

  3.  These garments were different than the garments that I discovered in my earlier visit. In fact, these racks contained a full collection of suits bearing the SHARAGANO ATELIER label and hangtag in at least 6 different styles.

2

4.  Based on the coloration, weight and fabrication of the suits, and based on my merchandising experience, and given that the garments represented a collection of different styles than the previous styles, I determined that these garments are Fall 2007 products. In fact, the look, style, coloration and fabrication were consistent with the industry looks for Fall 2007 and with other Fall 2007 items available at Lord & Taylor.

Dated: New York, New York
       July 26, 2007

_____
Jackie Pappas

Sworn to me this 26
day of July, 2007

_____
Notary Public

JOSEPH M CHINNICI
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 13, 2012