IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARAGANO HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JMB APPAREL DESIGNER GROUP, INC., <br><br> Defendant. | Civ. Action No. 07 Civ. 6244 (NRB) |

I, Meagan A. Zapotocky, hereby certify that on July 27, 2007, I caused to be served a copy of the Supplemental Affidavit of Jackie Pappas in Support of Plaintiff's Application For A Preliminary Injunction by Federal Express and ECF electronic service upon:

Joseph A. Vogel
KRAVET & VOGEL, LLP
1040 Avenue of the Americas
Suite 1101
New York, New York 10018

Counsel for Defendant JMB Designer Group, Inc.

Dated:  New York, New York
        July 27, 2007

                                                          _/s/ Meagan Zapotocky_____
                                                          Meagan A. Zapotocky