Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018
Tel. 212-997-7634
Fax: 212-997-7686
E-mail: jvogel@kvnyc.com

*Attorneys for Defendant*
*JMB Apparel Designer Group, Inc.*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   ECF Case
SHARAGANO HOLDINGS, INC.,

                        Plaintiff,   Civil Case No.: 07 Civ. 6244 (NRB)

          v.

JMB APPAREL DESIGNER GROUP, INC.,

                        Defendant.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        JOSEPH A. VOGEL hereby certifies that on July 26, 2007 a true and correct copy of defendant's *Supplemental Affidavit of Ben Choy*, sworn to on July 30, 2007, was served by the Court's ECF System and by hand delivery to counsel for plaintiff at the following address:

        Meagan A. Zapotocky, Esq.
        Wachtel & Masyr, LLP
        110 East 59th Street
        New York, New York 10022

Dated:     New York, New York
            July 30, 2007

                                                          /s/ Joseph A. Vogel
                                                          _____
                                                          Joseph A. Vogel (JV-5533)